

Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
SAFEPOINT INSURANCE COMPANY

**Filing Information**

| | |
|---|---|
| **Document Number** | P13000086723 |
| **FEI/EIN Number** | 46-3943172 |
| **Date Filed** | 10/23/2013 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDED AND RESTATED ARTICLES |
| **Event Date Filed** | 12/08/2016 |
| **Event Effective Date** | NONE |

**Principal Address**

12640 Telecom Drive
Temple Terrace, FL 33637

Changed: 01/07/2015

**Mailing Address**

12640 Telecom Drive
Temple Terrace, FL 33637

Changed: 01/07/2015

**Registered Agent Name & Address**

CHIEF FINANCIAL OFFICER
PO BOX 6200 (32314-6200)
200 E. GAINES ST.
TALLAHASSEE, FL 32314

**Officer/Director Detail**

**Name & Address**

Title CEO and Director

FLITMAN, DAVID
12640 Telecom Drive
Temple Terrace, FL 33637

Title COO

Exhibit 2

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 03/08/2019 |
| 2020 | 03/04/2020 |
| 2021 | 02/04/2021 |

**Document Images**

| | |
|---|---|
| 02/04/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/02/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 12/08/2016 -- Amended and Restated Articles | View image in PDF format |
| 04/13/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/07/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2014 -- ANNUAL REPORT | View image in PDF format |
| 10/23/2013 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations