UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * * | **CIVIL ACTION NO. 22-04054** |
| **VERSUS** | * * | |
| **SAFEPOINT INSURANCE COMPANY** | * * | **JUDGE LANCE AFRICK** |
| | * * | **MAGISTRATE DONNA PHILLIPS CURRAULT** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *     *

## NOTICE OF COMPLIANCE TO DIRECTIVE OF COURT

NOW INTO COURT, through undersigned counsel, comes Safepoint Insurance Company ("Defendant") who respectfully submits this Notice of Compliance in response to this Court's Directive (R. Doc. 3). In response to the Directive of the Court, Defendant states as follows:

1. The following parties still remain in this action:

    a. Plaintiff, Glenn Washington; and

    b. Defendant, Safepoint Insurance Company.

2. All pleadings were included in Exhibit 1 (State Court Record) of the Notice of Removal (R. Doc. 1).

3. All copies of the return on service of process were included in Exhibit 1 of the Notice of Removal (R. Doc. 1).

[Signature block on the following page.]

1

Respectfully submitted,

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD T.A.– #31602**
narnold@bluewilliams.com
**JOHN A. DORAN-- #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, Safepoint Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify on the 7th day of November, 2022, that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD**
**JOHN A. DORAN**