**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GLENN WASHINGTON** | * |
| | * **CIVIL ACTION NO. 2:22-04054** |
| **VERSUS** | * |
| | * **CHIEF JUDGE NANNETTE** |
| **SAFEPOINT INSURANCE COMPANY** | * **JOLIVETTE BROWN** |
| | * |
| | * **MAGISTRATE JUDGE DONNA** |
| | * **PHILLIPS CURRAULT** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, Safepoint Insurance Company ("Safepoint") to respectfully submit the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure Rule 7.1.

Safepoint Insurance Company is a wholly owned subsidiary of Safepoint Holdings, Inc. Safepoint knows of no other business entities with a financial interest in the outcome of this litigation.

[Signature block on the following page]

Respectfully Submitted:

*/s/ John A. Doran*
**NICHOLAS P. ARNOLD T.A.– #31602**
narnold@bluewilliams.com
**JOHN A. DORAN-- #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, Safepoint Insurance Company**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Easter District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 5TH day of June, 2023.

*/s/ John A. Doran*

**JOHN A. DORAN**