UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN WASHINGTON | * | CIVIL ACTION NO.: |
| | * | 2:22-04054 |
| VERSUS | * | |
| | * | |
| | * | CHIEF JUDGE |
| SAFEPOINT INSURANCE COMPANY | * | NANNETTE JOLIVETTE |
| | * | BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | | DONNA PHILLIPS |
| | | CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * * * *   *

**STATUS REPORT**

(1) Parties & Counsel

Plaintiff: Glenn Washington represented by:

Justin L. Winch
Winch Law Firm, LLC
1000 Veterans Memorial Blvd Suite 216
Metairie, LA 70005
504-214-3400
Email: justin.winch@winchlawfirm.com


Defendant: Safepoint Insurance Company ("Safepoint") represented by:

Nicholas Paul Arnold
Blue Williams, LLP
3421 N. Causeway Blvd., Ste. 900
Metairie, LA 70002
504-831-4091
Fax: 504-837-1182
Email: narnold@bluewilliams.com

John A. Doran
Blue Williams LLP
3421 North Causeway Boulevard, Ste 900
Metairie, LA 70002
985-705-6483

Email: jdoran@bluewilliams.com

(2) Pending Motions

None.

(3) Status Conference, Pretrial Conference, Trial dates

| | |
|---|---|
| Status Conference: | TBD |
| Settlement Conference: | The parties must contact the Magistrate Judge by February 29, 2024 to schedule settlement conference to be held by March 28, 2024. |
| Pretrial Conference: | April 11, 2024 at 2:00 p.m. |
| Trial dates: | April 29, 2024—April 30, 2024<br>Jury trial; expected 2 days |

(4) Factual and Legal Issues

a. Whether Safepoint tendered adequate proceeds for Plaintiff's claim.
b. Whether Safepoint violated Louisiana's bad faith statutes in handling Plaintiff's claim.
c. Whether Plaintiff complied with all provisions, conditions, and limitations outlined in the Policy.
d. The value of the actual amount of loss to the property.
e. Whether the losses claimed by Plaintiff were actually covered under the policy.
f. Whether any prior conditions or events caused or contributed to the alleged damages at issue.
g. Whether the alleged repairs made to the property were actually renovations/upgrades rather than repairs of the alleged Hurricane Ida damage.

(5) Discovery

The parties exchanged initial disclosures pursuant to this Court's Case Management Order regarding Hurricane Ida cases. Safepoint has also submitted additional disclosures pursuant to FRCP 26. Plaintiff has yet to submit Rule 26 disclosures. Neither party has served additional written discovery requests or conducted any depositions at this time.

(6) <u>Settlement Negotiations</u>

The parties participated in a mediation pursuant to this Court's Case Management Order, which was ultimately unsuccessful. The parties have continued to remain in contact and will participate in a settlement conference with the magistrate prior to March 28, 2024, if not yet resolved.

Counsel for Plaintiff was contacted for input as to this Status Report, but Safepoint did not receive a response. Accordingly, Safepoint is filing this Status Report unilaterally rather than as a Joint Status Report.

Respectfully submitted,

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD T.A.– #31602**
narnold@bluewilliams.com
**JOHN A. DORAN-- #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, Safepoint Insurance Company**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 16th day of June, 2023.

*/s/ John A. Doran*

**JOHN A. DORAN**