UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN WASHINGTON | * | CIVIL ACTION |
| VERSUS | * | NO. 22-4054 |
| SAFEPOINT INSURANCE COMPANY | * | SECTION "G" (2) |

## ORDER AND REASONS

Defendant's Motion to Compel (ECF No. 18) is pending before me in this matter. The motion was scheduled for submission on Wednesday, October 18, 2023. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, October 10, 2023. *See* E.D. La. L.R. 7.5.

Defendant issued discovery on June 30, 2023. ECF No. 18-1 at 1; No. 18-2; No. 18-3. and despite repeated requests, no responses have been provided. ECF No. 18-1 at 1-2.

Having considered the record, the written submissions of counsel, the lack of Opposition Memorandum, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel (ECF No. 18) is GRANTED. This Order reserves to Defendant the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with FED. R. CIV. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 21 days, Plaintiff must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this 18th day of October, 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE