# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-04054** |
| **VERSUS** | * | |
| | * | |
| | * | **CHIEF JUDGE** |
| **SAFEPOINT INSURANCE COMPANY** | * | **NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | | **DONNA PHILLIPS** |
| | | **CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO COMPEL AND MOTION FOR SANCTIONS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Safepoint Insurance Company ("Safepoint"), who respectfully requests an Order from this Honorable Court compelling Plaintiff to make the property reasonably available for inspection, pursuant to the terms of the Safepoint policy and Fed. R. Civ. P. 37(a)(3)(B). Safepoint further requests an Order from this Court imposing Sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(A) and this Court's previous Order (R. Doc. 20) for Plaintiff's failure to comply with this Court's Order. The reasons in support of this Motion are more fully described in the Memorandum in Support filed herewith.

**WHEREFORE,** Defendant, Safepoint Insurance Company ("Safepoint"), prays this Court grant its Motion to Compel and Motion for Sanctions and issue an Order granting the relief requested.

[Signature block on the following page.]

Respectfully submitted,

BLUE WILLIAMS, L.L.C.

*/s/ John A. Doran*

_____
**NICHOLAS P. ARNOLD – BAR #31602, T.A.**
narnold@bluewilliams.com
**JOHN A. DORAN- BAR #39161**
jdoran@bluewilliams.com
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant,**
**Safepoint Insurance Company**

## <u>C E R T I F I C A T E</u>

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 19th day of January, 2024.

*/s/ John A. Doran*
_____
**NICHOLAS P. ARNOLD**
**JOHN A. DORAN**