## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GLENN WASHINGTON | * | CIVIL ACTION NO.: |
| | * | 2:22-04054 |
| VERSUS | * | |
| | * | |
| | * | CHIEF JUDGE |
| SAFEPOINT INSURANCE COMPANY | * | NANNETTE JOLIVETTE |
| | * | BROWN |
| | * | |
| | * | MAGISTRATE JUDGE |
| | | DONNA PHILLIPS |
| | | CURRAULT |

* * * * * * * * * * * * * * * * * * * * * * * *   *

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that defendant herein, Safepoint Insurance Company, has filed

a Motion to Compel and Motion for Sanctions.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced Motion to Compel, and

Motion for Sanctions will be submitted for consideration on February 7, 2024.

Respectfully submitted,

*/s/ John A. Doran*
_____

**NICHOLAS P. ARNOLD – #31602**
narnold@bluewilliams.com
**JOHN A. DORAN – #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant, Safepoint Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify on the 19th day of January, 2024, that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ John A. Doran*
**JOHN A. DORAN**