Exhibit 1

# Jake Doran

| | |
|---|---|
| **From:** | Justin Winch <justin.winch@winchlawfirm.com> |
| **Sent:** | Saturday, December 30, 2023 12:00 AM |
| **To:** | Jake Doran |
| **Subject:** | Washington v. Safepoint - Updated Exactimate from GLS and Associates |
| **Attachments:** | 2022-05-15-09461-1_FINAL_DRAFT_DEPREC_CAR.pdf; washington finalized finaql.pdf |

Jake,

Please see attached, updated Exactimate, and supplemental information, provided by GLS to Mr. Washington.

Justin

Sincerely,

**Justin L. Winch, Esq.**
504.214.3400 Phone
504.389.4900 Fax
justin.winch@winchlawfirm.com Email

Visit us at www.winchlawfirm.com

**Winch Law Firm, llc** | 324 18th St | New Orleans | Louisiana 70124

Exhibit 1

# ❖ GLS & ASSOCIATES, Inc. *** 16515 RR 12, suite 416,
## Wimberley, Texas 78676 * (972) 523 2886, GLS66912@AOL.COM

December 28, 2023

Re: 1725 and 1725 A-C Nunez Street, New Orleans, LA
Subject: Review of carrier documentation, explanation of claims handling regulations
and observations of unlawful claims practices by carrier Safepoint, as requested by
property owner

Dear Mr. Washington and Mr. Winch,

I was asked by you, relative to the property at 1725, 1725A-C Nunez St, owned
by you Mr. Glenn Washington, to respond to questions that remained unanswered by his
own insurer's claims adjusters. This 912 square foot, 4-unit two story building was
constructed in 1920 prior to the adoption of the more stringent building code requirements
(UBC 2015) for new construction. The property is a wood frame (dimensional) with
concrete block exterior walls for the first-floor elevation. The wood frame (stick) has a
simple gable roof system with 300 grade architectural shingles. The large gable window
vents at the front and rear elevations were damaged and exposed the attic space to
damaging wind borne rain.
The code compliance will require many revisions:
1)	Hurricane tiedown straps.  This is a complicated task with a no access space
on a 4/12 slope roof with 1x solid wood decking. The only logical access is through the
ceiling on the second floor and the siding on the exterior.
2)	New membrane wrap under the siding will require removal and resetting of the
siding then repainting. This action also requires the replacement of the window and door
seals that were access points for rain permeation.
3)	New insulation material based on the codes. This will require the removal and
replacement of the drywall materials, then they will have to be repainted.

It should be noted that Hurricane Ida impacted this dwelling on August 29-30, 2021, with
7 hours of hurricane Ida winds at storm force averaging 74 mph dumping over 12 inches
of class 3 rainfall which, was also pushed by 95 MPH gusts that permeated every micro-
opening of the structure.  Lifted shingles allow access to the interior of the roof sheathing
then down rafters to the walls and second floor ceiling. Overhang vents, siding gaps and
window seals allowed water inside the structure -- evidence of these water intrusions
pathways are readily apparent and were communicated by policyholder Mr. Washington
to safepoint adjusting team the field adjuster as well as the desk adjuster during phone
conversations in an as is echoed in the defendant carriers claim file material including the
claims Journal.
After receiving no insurance benefits from his carrier for the extensive losses sustained,
Mr. Washington and his counsel engaged my services as they were necessary to

Exhibit 1

establish the cause and extent of damage throughout his property, that resulted from rain, moisture, wind driven rain, and wind impacts from Hurricane Ida. From the moment his property experienced the first of the tropical storm forced winds and rains, until the storm subsided, the entirety of the property at 1725 Nunez was battered and beaten with excessive wind pressures, high velocity rains and excessive moisture and category 3 water. Throughout the entirety of the passage of the storm, the compromised building envelope took on category 3 water and deteriorated from high wind pressures.

Document Review and Research

I requested to see all documents that Mr. Washington had received from his insurance carrier, relative to their investigation and data gathered relative to the loss, and was provided with documents identified by stamps labelled "DEF 001 – DEF 151". In addition, non-structural renovation plans, submitted by Mr. Washington to the City of New Orleans, were obtained, including various photographs taken by permit inspectors throughout the City Safety and Permits clearing of permits obtained for work performed at the property throughout 2021 and 2022.

In addition, I obtained a "Benchmark report by Verisk" dated December 5, 2022. It should be noted that this wind force is measured up to a 33-foot elevation. Any building element above 33 feet will have a geometric increase in wind speeds and affective pressure.

On-site inspections and thorough analysis of cause of loss

My testing included moisture testing with the FLIR mr277 utilized an electromagnetic field of 4 ½ inches analyzed by an algorithm that measured the moisture content in walls and ceiling cavities.

Then starting on the second floor, excessive readings above the 12% accepted norm showed the interior gypsum board and partitions were damaged by the rainwater, the water then gravitated down to the first-floor ceiling, walls and floor. The o subfloor was found to be wet and that has compromised the structural capacity of the material, replacement for safety reasons is paramount. The photographic evidence of these portions of my inspection are provided in the documents labeled "SafepointWashBDFTH00001-01159".

Mr. Washington reurged his observations and the facts as he came upon them, to the field adjusters assigned by Safepoint, who had a duty to specify and define the cause of said losses. Mr. Washington's observations and information is further based on his decade-long knowledge of the building and its characteristics by virtue of being a hands on residential landlord and his experience gained in the same capacity. He observed and reported that rain and wind driven rain and water and moisture penetrated his building envelope from the roof, Eaves, window and door load pathways and that such losses were the direct result of hurricane Ida's wind and damaging weather conditions inundating the property. Mr. Washington communicated to his adjusters, consistent with the statements contained in the first notice of loss recap in the carrier's claims journal, that the property was inundated with wind driven rain, mold had begun to proliferate and a foul mold stench was unmistakable, even as weeks had passed since the storm, and still his carrier had assigned no adjuster to begin the loss adjustment process (at that point in time).

As I explained to Mr. Washington, his property's damages, outlined and set forth in detailed line items in my Exactimate estimate, were the result of a clearly covered loss occurrence – damage to and penetration of water into the building envelope due to

Exhibit 1

Hurricane Ida's winds and wind driven rain. All the losses are the exact typoe and severity for which he paid insurance premiums to safepoint insurance compnay, in order to be entitled to endimnity for the risk of their occurring. Mr. Washington indicated that he tendered those insurance premiums as they became due, for several years faithfuly, without a claim, and as I explained to him, it was his insurer's duty, upon receipt and retention of said premiums, to be obligated to him to tneder benefits payable under the policy up to and including the limits of his dwelling coverage in excess of $270,000 plus additional mold coverage in amounting to $10,000.

Further, Mr. Washington's premiums paid to his insurer, entitled him to receive benefits in the event he lost fair rental value in order to effect repairs, in excess of $27,000. Mr. Washington was concerned as to whether his insurer and its claims adjusters were following the law as they were not providing very basic and direct information requested by him, such as the facts and circumstances of and identity of the specific cause of his losses for which benefits were NOT tendered by his carrier. The carrier refused to tender benefits consistent with a vast majority of the line items set forth in my Exactimate prepared for Mr. Washingotn, and a reasonable factual basis for the choice to deny Mr. Washington the payment of benefits had to have existed – or, the carrier necessarily was in violation of the law regulating claims adjusting and fair business practices.

Photos of the left elevation taken by adjuster John Donadio show exposed drip edge above several windows which indicated shingle damage but were ignored. There were no photographs of the right elevation.

Follow up roof testing was undertaken to compare the original inspection results by the ladder assist team. All shingles were tested. The recent reinspection documented shingle lifts and damage in numerous areas correlated to the water-stained sheathing under the same areas in the attic.

Follow up photo file is attached herewith for review.

Adjusters are legally-obligated, pursuant to La. R.S. 22:1674.1 to conform our conduct strictly to the claims adjuster standard of conduct found at Louisiana revised statute 2216 24.1 and that such standards were binding upon all actions relative to claims handling and adjusting in violation of subsection 789 Mr. Washington informs me and asked my opinion as an adjuster sworn to conform to these standards whereby adjusters are required to adjust strictly in accordance with, insurance contract not approach settlement in a manner prejudicial and and make unbiased reports. Mr. Washington states that it was clear to his insurer and an even necessary to begin removal of storm water damaged ceiling tile and gypsum board prior to their on-site inspection. This storm damaged material was retained on site in dumpsters preserved for observation inspection and sampling if necessary by the carrier and its adjusting team and yet these investigative measures were not undertaken. Despite doing no investigation, the carrier reached a conclusion categorically denying (without specifying the basis in fact for the denial) that covered losses were sustained. This was again despite visible and tangible physical evidence within reach which could have been sampled set sent offer testing etc. When the carrier chose not to do any such testing, this choice is by definition arbitrary and capricious and without cause, and unlawful. Despite these failures in conducting a

Exhibit 1

reasonable thorough investigation, denying the claims is a prejudicial claims handling and evaluation approach, in direct violation of subset nine through 11 of Louisiana revised statute 22:1674.1

Recoverable depreciation never tendered

Furthermore Mr. Washington indicates to me that he has affected the repairs for which remediation are due and owing recoverable depreciation despite having disclosed in excess of $100,000 in repair costs and material expended safepoint has today failed to tender Mr. Washington the benefits for this absolutely undeniable and at an agreed-upon amount due under the policy recoverable to appreciation provisions further to any analysis further to my analysis of safepoint's handling Mr. Washington's claim site gypsum Association of America 231 – 2019 site page 51 and subsequent passages in ANSI standard S5 20 standard and and specifically the standard for discouraging indiscriminate coding of mold contaminated surfaces in of complete replacement of these damaged and contaminated portions of the building envelope

All the adjusters recorded and agreed that Mr.: Washington's property had mold growing on it and continuing to proliferate. However, industry standards require remediation and steps taken that the insurers simply refused to take they refused and in fact zero dollars were paid to Mr. Washington pursuant to the ADDITIONAL COVERAGE that Mr. Washington PAID FOR. See DEF 007, where the insurers policy declaration, on "page 2 of 4" of their own document, the insurer shows that Mr. Washington bought and paid a premium to the insurance company — a check they most certainly cashed — for "Fungi … Bacteria [MOLD] Coverage - Louisiana." (Footnote, see DEF 007.) The DEF exhibit 77 dated 10/19/2022 @12:23 pm indicated a RCV of $29,482.03 and at 12:29 PM was revised downward by removing 42 items netting a new RCV of $16,826.96 but no exhibit was provided for review.

According to DEF exhibit 146 dated 10/26/21. Adjuster James Moran agreed with field adjuster John Donadio to allow for one month's rental loss coverage. DEF exhibit 148 left the rental amount blank. That inaction is a deliberate denial of pre-approved coverage for income loss. For the record, my opinion is that 30 days repair is impossible. It is my opinion and knowledge of the shortage of materials and labor in this state of Louisiana that 90 days is realistic.

The policy (SLAD1231984-03) defines loss rental coverage as maxed at 10% of coverage A, Coverage A is $293,000.00 so rental loss has a capacity of $29,300.00. So, 4 units rental for 3 months would be the basis of loss income.

Exhibit 1

CONCLUSION

In summary, the repair of Hurricane damage to these 4 plex has been completed and the receipts submitted.  To date the depreciation holdback has not been paid per policy guidelines. This action violates the policy guidelines.  In addition, the September 2021 price schedule was never updated to the time when materials were delivered on site for repairs to begin.  Industry protocol was not followed.

Respectfully submitted,

Gary L Sanders, President
National General adjuster

Follow-up photo files:

Left elevation drip edge damage

Exhibit 1



Attic and ridgeline

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Roof   pictures



Exhibit 1

|  |  |  |  |
|---|---|---|---|
| Insured: | WASHINGTON-1725 | | |
| Property: | 1725 Nunez Street | | |
| | New Orleans, LA 70114 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Gary Sanders | Business: | (972) 523-2886 |
| Position: | President. | | |
| Business: | 16515 RR 12, suite 416 | | |
| | WIMBERLEY, TX 78676 | | |

| | | | |
|---|---|---|---|
| Estimator: | Gary Sanders | Business: | (972) 523-2886 |
| Position: | President. | | |
| Business: | 16515 RR 12, suite 416 | | |
| | WIMBERLEY, TX 78676 | | |

| | | | |
|---|---|---|---|
| Reference: | Justin Winch | Business: | (504) 214-3400 |
| Position: | Principal | E-mail: | justin.winch@winchlawfirm.com |
| Company: | WINCH LAW FIRM | | |
| Business: | 1100 VETERANS MEMORIAL BLVD. SUITE 216 | | |
| | METAIRIE, LA 70005 | | |

**Claim Number:**      **Policy Number:**      **Type of Loss:**

| | | | |
|---|---|---|---|
| Date Contacted: | 4/30/2022 4:00 PM | | |
| Date of Loss: | 8/29/2021 10:02 AM | Date Received: | 4/29/2022 3:00 PM |
| Date Inspected: | 5/1/2022 12:45 PM | Date Entered: | 5/9/2022 8:46 AM |

| | |
|---|---|
| Price List: | LANO8X_APR22 |
| | Restoration/Service/Remodel |
| Estimate: | 2022-05-15-09461-1 |

Exhibit 1

Hurricane Ida struck southeast Louisiana as a powerful Category 4 storm on Sunday, Aug. 29, 2021 - the 16th anniversary of Hurricane Katrina's landfall in 2005. Ida brought destructive storm surge, high winds, and heavy rainfall to the region and left over 1 million customers without power, including the entire city of New Orleans.

 The recorded  wind gusts of up to 220 mph rapidly **damaged  everything in its path** and created tornadoes. The movement of the eye generated wind trajectory at 360 degrees over the same spot. This action of high winds destroyed roofs, buildings, fences, windows, and doors. Public utilities, power lines and traffic signals were also  destroyed
 **AT THE SAME TIME** , over 24inches of rain fell through every opening and was pushed through cracks from high winds.

*Hurricane Nicholas* arrived as a Category 1 on September 14th and its path took it over the area dropping an additional  12 Inches through damaged roofs permeating the inside of dwellings and businesses at wind speeds up to **75 MPH .**


 *NOTE: THIS CATAGORY OF WATER REQUIRES REMOVAL AND REPLACEMENT OF MATERIALS.*


 *PROCEEDURAL GUIDELINES FOLLOWED THE FIFTH EDITION OF THE NSI/IIRC STANDARDS FOR WATER DAMAGE RESTORATION.*
 *" Article 10.6.8, performing the initial Moisture Inspection, page 35:*


 *"*1 10.6.8 Performing the Initial Moisture Inspection

32
33 An initial moisture inspection should be conducted to identify the full extent of water intrusion, including the
34 identification of affected assemblies, building materials, and the edge of water migration. Normally, this
35 process begins at the source of water intrusion. Water migration can then be traced across and beneath
36 carpeted surfaces with a moisture sensor. Hard surfaces such as wood flooring, gypsum wallboard,
37 resilient flooring and plaster should be inspected. *This can initially be accomplished using a non-invasive*
 *38 (i.e., non-penetrating, non-destructive) moisture meter. Thermal imaging cameras can be used to help*
 *39 identify areas of potential migration followed by appropriate moisture detection instruments, especially on*
 *40 projects with complex or multiple areas of water intrusion.*
41
6 Complications, Complexities and Conflicts) can hinder the identification of materials and assemblies.
47 Identification of building materials within an assembly can be accomplished through several methods (e.g.,
48 building drawings, existing access openings, inspection holes, partial disassembly, invasive moisture
49 meters). The extent of moisture migration should be documented using one or more appropriate methods
50 including at a minimum a moisture map (i.e., a diagram of the structure indicating the areas affected by
51 migrating water).
52
53 The initial inspection process should include establishing a dry standard for affected materials. An
54 acceptable method to establish a dry standard is to evaluate the moisture level or moisture content of similar
55 materials in unaffected areas. *The dry standard should be documented and used to establish a drying goal "*
 *Historic conditions of 10-12 % are  found in thew state of Lousiana*
 .

Exhibit 1

**2022-05-15-09461-1**

**2022-05-15-09461-1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Rewire - average residence - copper wiring with conduit | 0.00 SF | 5.68 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Total:  2022-05-15-09461-1** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

## Main Level

**Main Level**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2.  Rewire - average residence - copper wiring with conduit | 1,547.10 SF | 5.68 | 137.43 | 3,123.74 | 12,048.70 | (0.00) | 12,048.70 |
| 3.  R&R Ductwork system - hot or cold air - 1200 to 1599 SF home | 1.00 EA | 6,202.36 | 185.83 | 2,235.87 | 8,624.06 | (0.00) | 8,624.06 |
| 4.  Clean the walls and ceiling - Heavy | 6,696.53 SF | 0.63 | 6.33 | 1,478.80 | 5,703.94 | (0.00) | 5,703.94 |
| 5.  R&R Pressurized water tank - 80-90 gallons per receipts* | 3.00 EA | 1,354.41 | 152.15 | 1,475.38 | 5,690.76 | (0.00) | 5,690.76 |
| 6.  WATER EXTRACTION & REMEDIATION air handlers * | 2.00 EA | 3,954.63 | 0.00 | 2,768.24 | 10,677.50 | (0.00) | 10,677.50 |
| 7.  Seal & paint  siding* | 1,184.00 SF | 2.64 | 50.35 | 1,111.63 | 4,287.74 | (0.00) | 4,287.74 |
| 8.  R&R Aluminum window, single hung 13-19 sf (2 pane w/thermal) | 2.00 EA | 504.98 | 72.85 | 378.99 | 1,461.80 | (0.00) | 1,461.80 |
| 9.  Add. charge for a retrofit window, 3-11 sf - difficult | 2.00 EA | 380.00 | 2.62 | 266.91 | 1,029.53 | (0.00) | 1,029.53 |
| 10.  R&R French double doors - Exterior - pre-hung unit | 2.00 EA | 1,660.75 | 269.87 | 1,256.98 | 4,848.35 | (0.00) | 4,848.35 |
| **Total:  Main Level** | | | **877.43** | **14,096.54** | **54,372.38** | **0.00** | **54,372.38** |



**UNIT C Bedroom 3 Closet**                                    **Height: 7' 9''**

| | |
|---|---|
| 107.21  SF Walls | 9.04  SF Ceiling |
| 116.25  SF Walls & Ceiling | 9.04  SF Floor |
| 1.00  SY Flooring | 13.83  LF Floor Perimeter |
| 13.83  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11.  5/8" drywall - hung, taped, heavy texture, ready for paint | 116.25 SF | 3.46 | 9.67 | 144.16 | 556.06 | (0.00) | 556.06 |
| 12.  R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 13.  R&R Batt insulation - 4" - R11 - paper / foil faced | 116.25 SF | 1.26 | 6.48 | 53.54 | 206.50 | (0.00) | 206.50 |
| 14.  R&R Baseboard - 3 1/4" | 13.83 LF | 4.26 | 1.99 | 21.32 | 82.23 | (0.00) | 82.23 |
| 15.  Seal stud wall for odor control (anti-microbial coating) | 116.25 SF | 2.71 | 16.81 | 116.15 | 448.00 | (0.00) | 448.00 |

Exhibit 1

## CONTINUED - UNIT C Bedroom 3 Closet

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 16. R&R Snaplock Laminate - simulated wood flooring | 9.04 SF | 7.64 | 2.73 | 25.13 | 96.92 | (0.00) | 96.92 |
| 17. Seal/prime then paint the walls and ceiling (2 coats) | 116.25 SF | 1.42 | 2.09 | 58.51 | 225.68 | (0.00) | 225.68 |
| 18. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 19. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 20. R&R Shelving - 12" - in place | 13.83 LF | 11.47 | 5.54 | 57.46 | 221.64 | (0.00) | 221.64 |
| 21. R&R Stud wall - 2" x 4" x 8' - 24" oc | 9.00 LF | 27.45 | 11.61 | 90.52 | 349.18 | (0.00) | 349.18 |
| **Totals: UNIT C Bedroom 3 Closet** | | | **60.75** | **638.30** | **2,462.04** | **0.00** | **2,462.04** |



### UNIT C Bedroom 2          Height: 7' 9"

| | | | |
|---|---|---|---|
| 315.17 SF Walls | | 103.11 SF Ceiling | |
| 418.28 SF Walls & Ceiling | | 103.11 SF Floor | |
| 11.46 SY Flooring | | 40.67 LF Floor Perimeter | |
| 40.67 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. 5/8" drywall - hung, taped, heavy texture, ready for paint | 418.28 SF | 3.46 | 34.78 | 518.72 | 2,000.75 | (0.00) | 2,000.75 |
| 23. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 24. R&R Batt insulation - 4" - R11 - paper / foil faced | 418.28 SF | 1.26 | 23.32 | 192.63 | 742.98 | (0.00) | 742.98 |
| 25. R&R Baseboard - 3 1/4" | 40.67 LF | 4.26 | 5.84 | 62.69 | 241.78 | (0.00) | 241.78 |
| 26. Seal stud wall for odor control (anti-microbial coating) | 418.28 SF | 2.71 | 60.48 | 417.91 | 1,611.93 | (0.00) | 1,611.93 |
| 27. R&R Snaplock Laminate - simulated wood flooring | 103.11 SF | 7.64 | 31.18 | 286.64 | 1,105.58 | (0.00) | 1,105.58 |
| 28. Seal/prime then paint the walls and ceiling (2 coats) | 418.28 SF | 1.42 | 7.51 | 210.51 | 811.98 | (0.00) | 811.98 |
| 29. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 30. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 31. R&R Stud wall - 2" x 4" x 8' - 16" oc | 30.00 LF | 31.60 | 44.42 | 347.34 | 1,339.76 | (0.00) | 1,339.76 |
| **Totals: UNIT C Bedroom 2** | | | **211.36** | **2,107.95** | **8,130.59** | **0.00** | **8,130.59** |

Exhibit 1



## UNIT C Bedroom 1          Height: 7' 9''

| | |
|---|---|
| 316.46 SF Walls | 104.00 SF Ceiling |
| 420.46 SF Walls & Ceiling | 104.00 SF Floor |
| 11.56 SY Flooring | 40.83 LF Floor Perimeter |
| 40.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 32. 5/8" drywall - hung, taped, heavy texture, ready for paint | 420.46 SF | 3.46 | 34.97 | 521.42 | 2,011.18 | (0.00) | 2,011.18 |
| 33. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 34. R&R Batt insulation - 4" - R11 - paper / foil faced | 420.46 SF | 1.26 | 23.44 | 193.63 | 746.85 | (0.00) | 746.85 |
| 35. R&R Baseboard - 3 1/4" | 40.83 LF | 4.26 | 5.86 | 62.94 | 242.74 | (0.00) | 242.74 |
| 36. Seal stud wall for odor control (anti-microbial coating) | 420.46 SF | 2.71 | 60.79 | 420.09 | 1,620.33 | (0.00) | 1,620.33 |
| 37. R&R Snaplock Laminate - simulated wood flooring | 104.00 SF | 7.64 | 31.45 | 289.10 | 1,115.11 | (0.00) | 1,115.11 |
| 38. Seal/prime then paint the walls and ceiling (2 coats) | 420.46 SF | 1.42 | 7.55 | 211.61 | 816.21 | (0.00) | 816.21 |
| 39. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 40. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 41. R&R Stud wall - 2" x 4" x 8' - 16" oc | 30.00 LF | 31.60 | 44.42 | 347.34 | 1,339.76 | (0.00) | 1,339.76 |
| **Totals: UNIT C Bedroom 1** | | | **212.31** | **2,117.64** | **8,168.01** | **0.00** | **8,168.01** |



## UNIT C Hallway Closet          Height: 7' 9''

| | |
|---|---|
| 62.00 SF Walls | 3.94 SF Ceiling |
| 65.94 SF Walls & Ceiling | 3.94 SF Floor |
| 0.44 SY Flooring | 8.00 LF Floor Perimeter |
| 8.00 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 42. 5/8" drywall - hung, taped, heavy texture, ready for paint | 65.94 SF | 3.46 | 5.48 | 81.77 | 315.40 | (0.00) | 315.40 |
| 43. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 44. R&R Batt insulation - 4" - R11 - paper / foil faced | 65.94 SF | 1.26 | 3.68 | 30.38 | 117.14 | (0.00) | 117.14 |
| 45. R&R Baseboard - 3 1/4" | 8.00 LF | 4.26 | 1.15 | 12.33 | 47.56 | (0.00) | 47.56 |
| 46. Seal stud wall for odor control (anti-microbial coating) | 65.94 SF | 2.71 | 9.53 | 65.89 | 254.12 | (0.00) | 254.12 |
| 47. R&R Snaplock Laminate - simulated wood flooring | 3.94 SF | 7.64 | 1.19 | 10.95 | 42.24 | (0.00) | 42.24 |
| 48. Seal/prime then paint the walls and ceiling (2 coats) | 65.94 SF | 1.42 | 1.18 | 33.19 | 128.00 | (0.00) | 128.00 |

Exhibit 1

**CONTINUED - UNIT C Hallway Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 49.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 50.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 51.  R&R Shelving - 12" - in place | 8.00 LF | 11.47 | 3.21 | 33.23 | 128.20 | (0.00) | 128.20 |
| **Totals:  UNIT C Hallway Closet** | | | **29.25** | **339.25** | **1,308.49** | **0.00** | **1,308.49** |



**UNIT C Bedroom 1 Closet**　　　　　　　　　　　　　**Height: 7' 9"**

| | | |
|---|---|---|
| 105.92  SF Walls | | 8.90  SF Ceiling |
| 114.81  SF Walls & Ceiling | | 8.90  SF Floor |
| 0.99  SY Flooring | | 13.67  LF Floor Perimeter |
| 13.67  LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52.  5/8" drywall - hung, taped, heavy texture, ready for paint | 114.81 SF | 3.46 | 9.55 | 142.38 | 549.17 | (0.00) | 549.17 |
| 53.  R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 54.  R&R Batt insulation - 4" - R11 - paper / foil faced | 114.81 SF | 1.26 | 6.40 | 52.87 | 203.93 | (0.00) | 203.93 |
| 55.  R&R Baseboard - 3 1/4" | 13.67 LF | 4.26 | 1.96 | 21.06 | 81.25 | (0.00) | 81.25 |
| 56.  Seal stud wall for odor control (anti-microbial coating) | 114.81 SF | 2.71 | 16.60 | 114.71 | 442.45 | (0.00) | 442.45 |
| 57.  R&R Snaplock Laminate - simulated wood flooring | 8.90 SF | 7.64 | 2.69 | 24.74 | 95.43 | (0.00) | 95.43 |
| 58.  Seal/prime then paint the walls and ceiling (2 coats) | 114.81 SF | 1.42 | 2.06 | 57.78 | 222.87 | (0.00) | 222.87 |
| 59.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 60.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 61.  R&R Shelving - 12" - in place | 13.67 LF | 11.47 | 5.48 | 56.80 | 219.08 | (0.00) | 219.08 |
| **Totals:  UNIT C Bedroom 1 Closet** | | | **48.57** | **541.85** | **2,090.01** | **0.00** | **2,090.01** |

Exhibit 1



### UNIT C Hallway                                                                                 Height: 6' 9''

| | | | |
|---|---|---|---|
| 258.19 SF Walls | | 83.24 SF Ceiling | |
| 341.43 SF Walls & Ceiling | | 83.24 SF Floor | |
| 9.25 SY Flooring | | 38.25 LF Floor Perimeter | |
| 38.25 LF Ceil. Perimeter | | | |

| | | |
|---|---|---|
| **Missing Wall** | **2' 11'' X 6' 9''** | **Opens into UNIT_C_LIVIN** |
| **Missing Wall** | **7' 1'' X 6' 9''** | **Opens into UNIT_C_LIVIN** |
| **Missing Wall** | **15' 3'' X 6' 9''** | **Opens into UNIT_C_KITCH** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 62. 5/8'' drywall - hung, taped, heavy texture, ready for paint | 341.43 SF | 3.46 | 28.39 | 423.41 | 1,633.15 | (0.00) | 1,633.15 |
| 63. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 64. R&R Batt insulation - 4'' - R11 - paper / foil faced | 341.43 SF | 1.26 | 19.04 | 157.24 | 606.48 | (0.00) | 606.48 |
| 65. R&R Baseboard - 3 1/4'' | 38.25 LF | 4.26 | 5.49 | 58.95 | 227.39 | (0.00) | 227.39 |
| 66. Seal stud wall for odor control (anti-microbial coating) | 341.43 SF | 2.71 | 49.37 | 341.13 | 1,315.78 | (0.00) | 1,315.78 |
| 67. R&R Snaplock Laminate - simulated wood flooring | 83.24 SF | 7.64 | 25.17 | 231.39 | 892.51 | (0.00) | 892.51 |
| 68. Seal/prime then paint the walls and ceiling (2 coats) | 341.43 SF | 1.42 | 6.13 | 171.84 | 662.80 | (0.00) | 662.80 |
| 69. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 70. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: UNIT C Hallway** | | | **137.42** | **1,455.47** | **5,613.94** | **0.00** | **5,613.94** |

### UNIT C Bedroom 3                                                                                 Height: 7' 9''

| | | | |
|---|---|---|---|
| 326.79 SF Walls | | 111.11 SF Ceiling | |
| 437.90 SF Walls & Ceiling | | 111.11 SF Floor | |
| 12.35 SY Flooring | | 42.17 LF Floor Perimeter | |
| 42.17 LF Ceil. Perimeter | | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. 5/8'' drywall - hung, taped, heavy texture, ready for paint | 437.90 SF | 3.46 | 36.42 | 543.04 | 2,094.59 | (0.00) | 2,094.59 |
| 72. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 73. R&R Batt insulation - 4'' - R11 - paper / foil faced | 437.90 SF | 1.26 | 24.42 | 201.66 | 777.84 | (0.00) | 777.84 |
| 74. R&R Baseboard - 3 1/4'' | 42.17 LF | 4.26 | 6.06 | 65.00 | 250.70 | (0.00) | 250.70 |
| 75. Seal stud wall for odor control (anti-microbial coating) | 437.90 SF | 2.71 | 63.31 | 437.51 | 1,687.53 | (0.00) | 1,687.53 |

Exhibit 1

**CONTINUED - UNIT C Bedroom 3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. R&R Snaplock Laminate - simulated wood flooring | 111.11 SF | 7.64 | 33.60 | 308.87 | 1,191.35 | (0.00) | 1,191.35 |
| 77. Seal/prime then paint the walls and ceiling (2 coats) | 437.90 SF | 1.42 | 7.86 | 220.38 | 850.06 | (0.00) | 850.06 |
| 78. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 79. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: UNIT C Bedroom 3** | | | **175.50** | **1,847.97** | **7,127.90** | **0.00** | **7,127.90** |



**UNIT C Bedroom 2 Closet**          **Height: 7' 9''**

| | | |
|---|---|---|
| 107.21 SF Walls | | 9.04 SF Ceiling |
| 116.25 SF Walls & Ceiling | | 9.04 SF Floor |
| 1.00 SY Flooring | | 13.83 LF Floor Perimeter |
| 13.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 80. 5/8" drywall - hung, taped, heavy texture, ready for paint | 116.25 SF | 3.46 | 9.67 | 144.16 | 556.06 | (0.00) | 556.06 |
| 81. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 82. R&R Batt insulation - 4" - R11 - paper / foil faced | 116.25 SF | 1.26 | 6.48 | 53.54 | 206.50 | (0.00) | 206.50 |
| 83. R&R Baseboard - 3 1/4" | 13.83 LF | 4.26 | 1.99 | 21.32 | 82.23 | (0.00) | 82.23 |
| 84. Seal stud wall for odor control (anti-microbial coating) | 116.25 SF | 2.71 | 16.81 | 116.15 | 448.00 | (0.00) | 448.00 |
| 85. R&R Snaplock Laminate - simulated wood flooring | 9.04 SF | 7.64 | 2.73 | 25.13 | 96.92 | (0.00) | 96.92 |
| 86. Seal/prime then paint the walls and ceiling (2 coats) | 116.25 SF | 1.42 | 2.09 | 58.51 | 225.68 | (0.00) | 225.68 |
| 87. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 88. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 89. R&R Shelving - 12" - in place | 13.83 LF | 11.47 | 5.54 | 57.46 | 221.64 | (0.00) | 221.64 |
| **Totals: UNIT C Bedroom 2 Closet** | | | **49.14** | **547.78** | **2,112.86** | **0.00** | **2,112.86** |

Exhibit 1



## UNIT C Living Room                                                Height: 7' 9''

| | |
|---|---|
| 236.69 SF Walls | 116.23 SF Ceiling |
| 352.92 SF Walls & Ceiling | 116.23 SF Floor |
| 12.91 SY Flooring | 29.25 LF Floor Perimeter |
| 39.25 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **7' 9'' X 7' 9''** | **Opens into UNIT_C_KITCH** |
| **Missing Wall** | **7' 1'' X 7' 9''** | **Opens into UNIT_C_HALL1** |
| **Missing Wall** | **2' 11'' X 7' 9''** | **Opens into UNIT_C_HALL1** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 90. 5/8" drywall - hung, taped, heavy texture, ready for paint | 352.92 SF | 3.46 | 29.35 | 437.66 | 1,688.11 | (0.00) | 1,688.11 |
| 91. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 92. R&R Batt insulation - 4" - R11 - paper / foil faced | 352.92 SF | 1.26 | 19.68 | 162.53 | 626.88 | (0.00) | 626.88 |
| 93. R&R Baseboard - 3 1/4" | 29.25 LF | 4.26 | 4.20 | 45.08 | 173.89 | (0.00) | 173.89 |
| 94. Seal stud wall for odor control (anti-microbial coating) | 352.92 SF | 2.71 | 51.03 | 352.60 | 1,360.04 | (0.00) | 1,360.04 |
| 95. R&R Snaplock Laminate - simulated wood flooring | 116.23 SF | 7.64 | 35.15 | 323.10 | 1,246.24 | (0.00) | 1,246.24 |
| 96. Seal/prime then paint the walls and ceiling (2 coats) | 352.92 SF | 1.42 | 6.34 | 177.62 | 685.11 | (0.00) | 685.11 |
| 97. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 98. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: UNIT C Living Room** | | | **149.58** | **1,570.10** | **6,056.10** | **0.00** | **6,056.10** |

## UNIT C Kitchen                                                    Height: 7' 9''

| | |
|---|---|
| 194.79 SF Walls | 118.19 SF Ceiling |
| 312.98 SF Walls & Ceiling | 118.19 SF Floor |
| 13.13 SY Flooring | 23.17 LF Floor Perimeter |
| 38.42 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **15' 3'' X 7' 9''** | **Opens into UNIT_C_HALL1** |
| **Missing Wall** | **7' 9'' X 7' 9''** | **Opens into UNIT_C_LIVIN** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 99. 5/8" drywall - hung, taped, heavy texture, ready for paint | 312.98 SF | 3.46 | 26.03 | 388.13 | 1,497.07 | (0.00) | 1,497.07 |
| 100. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 101. R&R Batt insulation - 4" - R11 - paper / foil faced | 312.98 SF | 1.26 | 17.45 | 144.13 | 555.93 | (0.00) | 555.93 |
| 102. R&R Baseboard - 3 1/4" | 23.17 LF | 4.26 | 3.33 | 35.72 | 137.75 | (0.00) | 137.75 |

Exhibit 1

### CONTINUED - UNIT C Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 103. Seal stud wall for odor control (anti-microbial coating) | 312.98 SF | 2.71 | 45.25 | 312.71 | 1,206.14 | (0.00) | 1,206.14 |
| 104. R&R Snaplock Laminate - simulated wood flooring | 118.19 SF | 7.64 | 35.74 | 328.54 | 1,267.25 | (0.00) | 1,267.25 |
| 105. Seal/prime then paint the walls and ceiling (2 coats) | 312.98 SF | 1.42 | 5.62 | 157.51 | 607.56 | (0.00) | 607.56 |
| 106. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 107. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: UNIT C Kitchen** | | | **137.25** | **1,438.25** | **5,547.53** | **0.00** | **5,547.53** |



**UNIT C Kitchen Closet**                                       **Height: 7' 9"**

| 214.42 SF Walls | 47.40 SF Ceiling |
|---|---|
| 261.81 SF Walls & Ceiling | 47.40 SF Floor |
| 5.27 SY Flooring | 27.67 LF Floor Perimeter |
| 27.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 108. 5/8" drywall - hung, taped, heavy texture, ready for paint | 261.81 SF | 3.46 | 21.77 | 324.67 | 1,252.30 | (0.00) | 1,252.30 |
| 109. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 110. R&R Batt insulation - 4" - R11 - paper / foil faced | 261.81 SF | 1.26 | 14.60 | 120.58 | 465.06 | (0.00) | 465.06 |
| 111. R&R Baseboard - 3 1/4" | 27.67 LF | 4.26 | 3.97 | 42.64 | 164.48 | (0.00) | 164.48 |
| 112. Seal stud wall for odor control (anti-microbial coating) | 261.81 SF | 2.71 | 37.85 | 261.58 | 1,008.94 | (0.00) | 1,008.94 |
| 113. R&R Snaplock Laminate - simulated wood flooring | 47.40 SF | 7.64 | 14.33 | 131.77 | 508.24 | (0.00) | 508.24 |
| 114. Seal/prime then paint the walls and ceiling (2 coats) | 261.81 SF | 1.42 | 4.70 | 131.77 | 508.24 | (0.00) | 508.24 |
| 115. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 116. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 117. R&R Shelving - 12" - in place | 27.67 LF | 11.47 | 11.09 | 114.97 | 443.44 | (0.00) | 443.44 |
| **Totals: UNIT C Kitchen Closet** | | | **112.14** | **1,199.49** | **4,626.53** | **0.00** | **4,626.53** |

Exhibit 1



## UNIT C Bathroom    Height: 7' 9''

| | | |
|---|---|---|
| 351.33 SF Walls | | 67.28 SF Ceiling |
| 418.62 SF Walls & Ceiling | | 67.28 SF Floor |
| 7.48 SY Flooring | | 45.33 LF Floor Perimeter |
| 45.33 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 118. 5/8" drywall - hung, taped, heavy texture, ready for paint | 418.62 SF | 3.46 | 34.81 | 519.13 | 2,002.37 | (0.00) | 2,002.37 |
| 119. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 120. R&R Batt insulation - 4" - R11 - paper / foil faced | 418.62 SF | 1.26 | 23.34 | 192.78 | 743.58 | (0.00) | 743.58 |
| 121. R&R Baseboard - 3 1/4" | 45.33 LF | 4.26 | 6.51 | 69.87 | 269.49 | (0.00) | 269.49 |
| 122. Seal stud wall for odor control (anti-microbial coating) | 418.62 SF | 2.71 | 60.53 | 418.25 | 1,613.24 | (0.00) | 1,613.24 |
| 123. Tile floor covering | 67.28 SF | 9.15 | 30.33 | 226.08 | 872.02 | (0.00) | 872.02 |
| 124. Seal/prime then paint the walls and ceiling (2 coats) | 418.62 SF | 1.42 | 7.52 | 210.69 | 812.65 | (0.00) | 812.65 |
| 125. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 126. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |

| Totals: UNIT C Bathroom | | | 166.87 | 1,708.31 | 6,589.18 | 0.00 | 6,589.18 |
|---|---|---|---|---|---|---|---|



## FT Unit Linens Closet    Height: 7' 9''

| | | |
|---|---|---|
| 68.46 SF Walls | | 4.67 SF Ceiling |
| 73.13 SF Walls & Ceiling | | 4.67 SF Floor |
| 0.52 SY Flooring | | 8.83 LF Floor Perimeter |
| 8.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 127. 5/8" drywall - hung, taped, heavy texture, ready for paint | 73.13 SF | 3.46 | 6.08 | 90.69 | 349.80 | (0.00) | 349.80 |
| 128. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 129. R&R Batt insulation - 4" - R11 - paper / foil faced | 73.13 SF | 1.26 | 4.08 | 33.68 | 129.90 | (0.00) | 129.90 |
| 130. R&R Baseboard - 3 1/4" | 8.83 LF | 4.26 | 1.27 | 13.61 | 52.50 | (0.00) | 52.50 |
| 131. Seal stud wall for odor control (anti-microbial coating) | 73.13 SF | 2.71 | 10.57 | 73.07 | 281.82 | (0.00) | 281.82 |
| 132. R&R Snaplock Laminate - simulated wood flooring | 4.67 SF | 7.64 | 1.41 | 12.98 | 50.07 | (0.00) | 50.07 |
| 133. Seal/prime then paint the walls and ceiling (2 coats) | 73.13 SF | 1.42 | 1.31 | 36.81 | 141.96 | (0.00) | 141.96 |
| 134. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |

Exhibit 1

**CONTINUED - FT Unit Linens Closet**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 135. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 136. R&R Shelving - 12" - in place | 8.83 LF | 11.47 | 3.54 | 36.68 | 141.51 | (0.00) | 141.51 |
| **Totals: FT Unit Linens Closet** | | | **32.09** | **369.03** | **1,423.39** | **0.00** | **1,423.39** |



### FT Unit Kitchen Closet — Height: 7' 9"

| | |
|---|---|
| 194.85 SF Walls | 35.70 SF Ceiling |
| 230.55 SF Walls & Ceiling | 35.70 SF Floor |
| 3.97 SY Flooring | 25.14 LF Floor Perimeter |
| 25.14 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 137. 5/8" drywall - hung, taped, heavy texture, ready for paint | 230.55 SF | 3.46 | 19.17 | 285.91 | 1,102.78 | (0.00) | 1,102.78 |
| 138. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 139. R&R Batt insulation - 4" - R11 - paper / foil faced | 230.55 SF | 1.26 | 12.85 | 106.18 | 409.53 | (0.00) | 409.53 |
| 140. R&R Baseboard - 3 1/4" | 25.14 LF | 4.26 | 3.61 | 38.74 | 149.44 | (0.00) | 149.44 |
| 141. Seal stud wall for odor control (anti-microbial coating) | 230.55 SF | 2.71 | 33.33 | 230.35 | 888.47 | (0.00) | 888.47 |
| 142. R&R Snaplock Laminate - simulated wood flooring | 35.70 SF | 7.64 | 10.80 | 99.25 | 382.80 | (0.00) | 382.80 |
| 143. Seal/prime then paint the walls and ceiling (2 coats) | 230.55 SF | 1.42 | 4.14 | 116.04 | 447.56 | (0.00) | 447.56 |
| 144. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 145. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 146. R&R Shelving - 12" - in place | 25.14 LF | 11.47 | 10.07 | 104.45 | 402.88 | (0.00) | 402.88 |
| **Totals: FT Unit Kitchen Closet** | | | **97.80** | **1,052.43** | **4,059.29** | **0.00** | **4,059.29** |

Exhibit 1



### FT Unit Kitchen — Height: 7' 9''

|  |  |
|---|---|
| 184.55 SF Walls | 113.46 SF Ceiling |
| 298.01 SF Walls & Ceiling | 113.46 SF Floor |
| 12.61 SY Flooring | 22.07 LF Floor Perimeter |
| 35.57 LF Ceil. Perimeter | |

| Missing Wall | 13' 6'' X 7' 9'' | Opens into FT_UNIT_HALL |
|---|---|---|
| Missing Wall | 8' 4 7/8'' X 7' 9'' | Opens into FT_UNIT_LIVI |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 147. 5/8'' drywall - hung, taped, heavy texture, ready for paint | 298.01 SF | 3.46 | 24.78 | 369.57 | 1,425.46 | (0.00) | 1,425.46 |
| 148. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 149. R&R Batt insulation - 4'' - R11 - paper / foil faced | 298.01 SF | 1.26 | 16.62 | 137.23 | 529.34 | (0.00) | 529.34 |
| 150. R&R Baseboard - 3 1/4'' | 22.07 LF | 4.26 | 3.17 | 34.03 | 131.22 | (0.00) | 131.22 |
| 151. Seal stud wall for odor control (anti-microbial coating) | 298.01 SF | 2.71 | 43.09 | 297.74 | 1,148.44 | (0.00) | 1,148.44 |
| 152. R&R Snaplock Laminate - simulated wood flooring | 113.46 SF | 7.64 | 34.31 | 315.41 | 1,216.56 | (0.00) | 1,216.56 |
| 153. Seal/prime then paint the walls and ceiling (2 coats) | 298.01 SF | 1.42 | 5.35 | 149.98 | 578.50 | (0.00) | 578.50 |
| 154. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 155. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: FT Unit Kitchen** | | | **131.15** | **1,375.47** | **5,305.35** | **0.00** | **5,305.35** |



### FT Unit Living Room — Height: 7' 9''

|  |  |
|---|---|
| 326.81 SF Walls | 164.17 SF Ceiling |
| 490.98 SF Walls & Ceiling | 164.17 SF Floor |
| 18.24 SY Flooring | 41.88 LF Floor Perimeter |
| 44.14 LF Ceil. Perimeter | |

| Missing Wall | 8' 4 7/8'' X 7' 9'' | Opens into FT_UNIT_KIT1 |
|---|---|---|
| Missing Wall | 2' 3 1/8'' X 7' 9'' | Opens into FT_UNIT_HALL |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 156. 5/8'' drywall - hung, taped, heavy texture, ready for paint | 490.98 SF | 3.46 | 40.83 | 608.87 | 2,348.49 | (0.00) | 2,348.49 |
| 157. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 158. R&R Batt insulation - 4'' - R11 - paper / foil faced | 490.98 SF | 1.26 | 27.37 | 226.10 | 872.10 | (0.00) | 872.10 |
| 159. R&R Baseboard - 3 1/4'' | 41.88 LF | 4.26 | 6.02 | 64.55 | 248.98 | (0.00) | 248.98 |

Exhibit 1

## CONTINUED - FT Unit Living Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 160. Seal stud wall for odor control (anti-microbial coating) | 490.98 SF | 2.71 | 70.99 | 490.54 | 1,892.09 | (0.00) | 1,892.09 |
| 161. R&R Snaplock Laminate - simulated wood flooring | 164.17 SF | 7.64 | 49.64 | 456.37 | 1,760.27 | (0.00) | 1,760.27 |
| 162. Seal/prime then paint the walls and ceiling (2 coats) | 490.98 SF | 1.42 | 8.82 | 247.10 | 953.11 | (0.00) | 953.11 |
| 163. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 164. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: FT Unit Living Room** | | | **207.50** | **2,165.04** | **8,350.87** | **0.00** | **8,350.87** |



**Room1**
**Height: 7' 9"**

| | |
|---|---|
| 82.67 SF Walls | 5.55 SF Ceiling |
| 88.22 SF Walls & Ceiling | 5.55 SF Floor |
| 0.62 SY Flooring | 10.67 LF Floor Perimeter |
| 10.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 165. 5/8" drywall - hung, taped, heavy texture, ready for paint | 88.22 SF | 3.46 | 7.34 | 109.41 | 421.99 | (0.00) | 421.99 |
| 166. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 167. R&R Batt insulation - 4" - R11 - paper / foil faced | 88.22 SF | 1.26 | 4.92 | 40.63 | 156.71 | (0.00) | 156.71 |
| 168. R&R Baseboard - 3 1/4" | 10.67 LF | 4.26 | 1.53 | 16.45 | 63.43 | (0.00) | 63.43 |
| 169. Seal stud wall for odor control (anti-microbial coating) | 88.22 SF | 2.71 | 12.76 | 88.14 | 339.98 | (0.00) | 339.98 |
| 170. R&R Snaplock Laminate - simulated wood flooring | 5.55 SF | 7.64 | 1.68 | 15.43 | 59.52 | (0.00) | 59.52 |
| 171. Seal/prime then paint the walls and ceiling (2 coats) | 88.22 SF | 1.42 | 1.58 | 44.40 | 171.25 | (0.00) | 171.25 |
| 172. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 173. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: Room1** | | | **33.64** | **385.97** | **1,488.71** | **0.00** | **1,488.71** |

Exhibit 1



### FT Unit Bedroom 1 — Height: 7' 9''

| | |
|---|---|
| 320.33 SF Walls | 106.67 SF Ceiling |
| 427.00 SF Walls & Ceiling | 106.67 SF Floor |
| 11.85 SY Flooring | 41.33 LF Floor Perimeter |
| 41.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 174. 5/8" drywall - hung, taped, heavy texture, ready for paint | 427.00 SF | 3.46 | 35.51 | 529.52 | 2,042.45 | (0.00) | 2,042.45 |
| 175. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 176. R&R Batt insulation - 4" - R11 - paper / foil faced | 427.00 SF | 1.26 | 23.81 | 196.65 | 758.48 | (0.00) | 758.48 |
| 177. R&R Baseboard - 3 1/4" | 41.33 LF | 4.26 | 5.94 | 63.70 | 245.71 | (0.00) | 245.71 |
| 178. Seal stud wall for odor control (anti-microbial coating) | 427.00 SF | 2.71 | 61.74 | 426.62 | 1,645.53 | (0.00) | 1,645.53 |
| 179. R&R Snaplock Laminate - simulated wood flooring | 106.67 SF | 7.64 | 32.26 | 296.52 | 1,143.74 | (0.00) | 1,143.74 |
| 180. Seal/prime then paint the walls and ceiling (2 coats) | 427.00 SF | 1.42 | 7.67 | 214.90 | 828.91 | (0.00) | 828.91 |
| 181. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 182. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: FT Unit Bedroom 1** | | | **170.76** | **1,799.42** | **6,940.65** | **0.00** | **6,940.65** |



### FT Unit Bedroom 2 — Height: 7' 9''

| | |
|---|---|
| 320.33 SF Walls | 106.67 SF Ceiling |
| 427.00 SF Walls & Ceiling | 106.67 SF Floor |
| 11.85 SY Flooring | 41.33 LF Floor Perimeter |
| 41.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 183. 5/8" drywall - hung, taped, heavy texture, ready for paint | 427.00 SF | 3.46 | 35.51 | 529.52 | 2,042.45 | (0.00) | 2,042.45 |
| 184. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 185. R&R Batt insulation - 4" - R11 - paper / foil faced | 427.00 SF | 1.26 | 23.81 | 196.65 | 758.48 | (0.00) | 758.48 |
| 186. R&R Baseboard - 3 1/4" | 41.33 LF | 4.26 | 5.94 | 63.70 | 245.71 | (0.00) | 245.71 |
| 187. Seal stud wall for odor control (anti-microbial coating) | 427.00 SF | 2.71 | 61.74 | 426.62 | 1,645.53 | (0.00) | 1,645.53 |
| 188. R&R Snaplock Laminate - simulated wood flooring | 106.67 SF | 7.64 | 32.26 | 296.52 | 1,143.74 | (0.00) | 1,143.74 |
| 189. Seal/prime then paint the walls and ceiling (2 coats) | 427.00 SF | 1.42 | 7.67 | 214.90 | 828.91 | (0.00) | 828.91 |
| 190. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |

Exhibit 1

**CONTINUED - FT Unit Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 191.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals:  FT Unit Bedroom 2** | | | **170.76** | **1,799.42** | **6,940.65** | **0.00** | **6,940.65** |



### FT Unit Bedroom 2 Closet — Height: 7' 9"

| | |
|---|---|
| 107.21  SF Walls | 9.04  SF Ceiling |
| 116.25  SF Walls & Ceiling | 9.04  SF Floor |
| 1.00  SY Flooring | 13.83  LF Floor Perimeter |
| 13.83  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 192.  5/8" drywall - hung, taped, heavy texture, ready for paint | 116.25 SF | 3.46 | 9.67 | 144.16 | 556.06 | (0.00) | 556.06 |
| 193.  R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 194.  R&R Batt insulation - 4" - R11 - paper / foil faced | 116.25 SF | 1.26 | 6.48 | 53.54 | 206.50 | (0.00) | 206.50 |
| 195.  R&R Baseboard - 3 1/4" | 13.83 LF | 4.26 | 1.99 | 21.32 | 82.23 | (0.00) | 82.23 |
| 196.  Seal stud wall for odor control (anti-microbial coating) | 116.25 SF | 2.71 | 16.81 | 116.15 | 448.00 | (0.00) | 448.00 |
| 197.  R&R Snaplock Laminate - simulated wood flooring | 9.04 SF | 7.64 | 2.73 | 25.13 | 96.92 | (0.00) | 96.92 |
| 198.  Seal/prime then paint the walls and ceiling (2 coats) | 116.25 SF | 1.42 | 2.09 | 58.51 | 225.68 | (0.00) | 225.68 |
| 199.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 200.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 201.  R&R Shelving - 12" - in place | 13.83 LF | 11.47 | 5.54 | 57.46 | 221.64 | (0.00) | 221.64 |
| **Totals:  FT Unit Bedroom 2 Closet** | | | **49.14** | **547.78** | **2,112.86** | **0.00** | **2,112.86** |



### FT Unit Bedroom 3 — Height: 7' 9"

| | |
|---|---|
| 107.21  SF Walls | 9.04  SF Ceiling |
| 116.25  SF Walls & Ceiling | 9.04  SF Floor |
| 1.00  SY Flooring | 13.83  LF Floor Perimeter |
| 13.83  LF Ceil. Perimeter | |

Exhibit 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 202. 5/8" drywall - hung, taped, heavy texture, ready for paint | 116.25 SF | 3.46 | 9.67 | 144.16 | 556.06 | (0.00) | 556.06 |
| 203. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 204. R&R Batt insulation - 4" - R11 - paper / foil faced | 116.25 SF | 1.26 | 6.48 | 53.54 | 206.50 | (0.00) | 206.50 |
| 205. R&R Baseboard - 3 1/4" | 13.83 LF | 4.26 | 1.99 | 21.32 | 82.23 | (0.00) | 82.23 |
| 206. Seal stud wall for odor control (anti-microbial coating) | 116.25 SF | 2.71 | 16.81 | 116.15 | 448.00 | (0.00) | 448.00 |
| 207. R&R Snaplock Laminate - simulated wood flooring | 9.04 SF | 7.64 | 2.73 | 25.13 | 96.92 | (0.00) | 96.92 |
| 208. Seal/prime then paint the walls and ceiling (2 coats) | 116.25 SF | 1.42 | 2.09 | 58.51 | 225.68 | (0.00) | 225.68 |
| 209. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 210. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: FT Unit Bedroom 3** | | | **43.60** | **490.32** | **1,891.22** | **0.00** | **1,891.22** |



### FT Unit Hallway                                                             Height: 6' 9"

| | |
|---|---|
| 261.64 SF Walls | 54.81 SF Ceiling |
| 316.45 SF Walls & Ceiling | 54.81 SF Floor |
| 6.09 SY Flooring | 38.76 LF Floor Perimeter |
| 38.76 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **13' 6" X 6' 9"** | **Opens into FT_UNIT_KIT1** |
| **Missing Wall** | **2' 3 1/8" X 6' 9"** | **Opens into FT_UNIT_LIVI** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 211. 5/8" drywall - hung, taped, heavy texture, ready for paint | 316.45 SF | 3.46 | 26.32 | 392.43 | 1,513.67 | (0.00) | 1,513.67 |
| 212. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 213. R&R Batt insulation - 4" - R11 - paper / foil faced | 316.45 SF | 1.26 | 17.64 | 145.73 | 562.09 | (0.00) | 562.09 |
| 214. R&R Baseboard - 3 1/4" | 38.76 LF | 4.26 | 5.57 | 59.74 | 230.43 | (0.00) | 230.43 |
| 215. Seal stud wall for odor control (anti-microbial coating) | 316.45 SF | 2.71 | 45.75 | 316.17 | 1,219.50 | (0.00) | 1,219.50 |
| 216. R&R Snaplock Laminate - simulated wood flooring | 54.81 SF | 7.64 | 16.57 | 152.36 | 587.68 | (0.00) | 587.68 |
| 217. Seal/prime then paint the walls and ceiling (2 coats) | 316.45 SF | 1.42 | 5.68 | 159.26 | 614.30 | (0.00) | 614.30 |
| 218. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 219. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: FT Unit Hallway** | | | **121.36** | **1,297.20** | **5,003.50** | **0.00** | **5,003.50** |

Exhibit 1



## FT Unit Bathroom
**Height: 7' 9''**

| | |
|---|---|
| 267.19 SF Walls | 53.37 SF Ceiling |
| 320.56 SF Walls & Ceiling | 53.37 SF Floor |
| 5.93 SY Flooring | 34.48 LF Floor Perimeter |
| 34.48 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 220. 5/8" drywall - hung, taped, heavy texture, ready for paint | 320.56 SF | 3.46 | 26.66 | 397.53 | 1,533.33 | (0.00) | 1,533.33 |
| 221. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 222. R&R Batt insulation - 4" - R11 - paper / foil faced | 320.56 SF | 1.26 | 17.87 | 147.63 | 569.41 | (0.00) | 569.41 |
| 223. R&R Baseboard - 3 1/4" | 34.48 LF | 4.26 | 4.95 | 53.14 | 204.98 | (0.00) | 204.98 |
| 224. Seal stud wall for odor control (anti-microbial coating) | 320.56 SF | 2.71 | 46.35 | 320.27 | 1,235.34 | (0.00) | 1,235.34 |
| 225. Seal/prime then paint the walls and ceiling (2 coats) | 320.56 SF | 1.42 | 5.76 | 161.33 | 622.29 | (0.00) | 622.29 |
| 226. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 227. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| 228. Tile floor covering | 53.37 SF | 9.15 | 24.06 | 179.34 | 691.74 | (0.00) | 691.74 |
| **Totals: FT Unit Bathroom** | | | **129.48** | **1,330.75** | **5,132.92** | **0.00** | **5,132.92** |



## FT Unit Bedroom 3
**Height: 7' 9''**

| | |
|---|---|
| 312.01 SF Walls | 102.47 SF Ceiling |
| 414.48 SF Walls & Ceiling | 102.47 SF Floor |
| 11.39 SY Flooring | 40.26 LF Floor Perimeter |
| 40.26 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 229. 5/8" drywall - hung, taped, heavy texture, ready for paint | 414.48 SF | 3.46 | 34.47 | 514.00 | 1,982.57 | (0.00) | 1,982.57 |
| 230. R&R Light fixture | 1.00 EA | 81.74 | 3.12 | 29.70 | 114.56 | (0.00) | 114.56 |
| 231. R&R Batt insulation - 4" - R11 - paper / foil faced | 414.48 SF | 1.26 | 23.11 | 190.87 | 736.22 | (0.00) | 736.22 |
| 232. R&R Baseboard - 3 1/4" | 40.26 LF | 4.26 | 5.78 | 62.05 | 239.34 | (0.00) | 239.34 |
| 233. Seal stud wall for odor control (anti-microbial coating) | 414.48 SF | 2.71 | 59.93 | 414.12 | 1,597.29 | (0.00) | 1,597.29 |
| 234. R&R Snaplock Laminate - simulated wood flooring | 102.47 SF | 7.64 | 30.99 | 284.85 | 1,098.71 | (0.00) | 1,098.71 |
| 235. Seal/prime then paint the walls and ceiling (2 coats) | 414.48 SF | 1.42 | 7.44 | 208.60 | 804.60 | (0.00) | 804.60 |
| 236. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |

Exhibit 1

**CONTINUED - FT Unit Bedroom 3**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 237.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| Totals:  FT Unit Bedroom 3 | | | 165.55 | 1,746.00 | 6,734.56 | 0.00 | 6,734.56 |
| Total:  Main Level | | | 3,720.40 | 43,967.73 | 169,589.53 | 0.00 | 169,589.53 |

**Level 2**

**Level 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 238.  Rewire - average residence - copper wiring with conduit | 1,390.74 SF | 5.68 | 123.54 | 2,808.03 | 10,830.97 | (0.00) | 10,830.97 |
| 239.  R&R Ductwork system - hot or cold air - 1200 to 1599 SF home | 1.00 EA | 6,202.36 | 185.83 | 2,235.87 | 8,624.06 | (0.00) | 8,624.06 |
| 240.  Clean the walls and ceiling - Heavy | 6,792.40 SF | 0.63 | 6.42 | 1,499.96 | 5,785.59 | (0.00) | 5,785.59 |
| 241.  WATER EXTRACTION & REMEDIATION air handlers * | 2.00 EA | 3,954.63 | 0.00 | 2,768.24 | 10,677.50 | (0.00) | 10,677.50 |
| 242.  R&R Siding - beveled - fiber-cement (clapboard) | 1,184.00 SF | 5.49 | 128.67 | 2,320.09 | 8,948.92 | (0.00) | 8,948.92 |
| 243.  Scaffold - per section - frame only (per day) | 250.00 DA | 12.53 | 0.00 | 1,096.38 | 4,228.88 | (0.00) | 4,228.88 |
| 244.  Seal & paint wood siding | 1,184.00 SF | 2.64 | 50.35 | 1,111.63 | 4,287.74 | (0.00) | 4,287.74 |
| 245.  R&R Aluminum window, single hung 13-19 sf (2 pane w/thermal) | 14.00 EA | 504.98 | 509.98 | 2,652.89 | 10,232.59 | (0.00) | 10,232.59 |
| 246.  Add. charge for a retrofit window, 3-11 sf - difficult | 14.00 EA | 380.00 | 18.32 | 1,868.41 | 7,206.73 | (0.00) | 7,206.73 |
| 247.  R&R French double doors - Exterior - pre-hung unit | 2.00 EA | 1,660.75 | 269.87 | 1,256.98 | 4,848.35 | (0.00) | 4,848.35 |
| Total:  Level 2 | | | 1,292.98 | 19,618.48 | 75,671.33 | 0.00 | 75,671.33 |



| | **W Unit Living Room** | | **Height: 9' 2"** |
|---|---|---|---|
| | 269.65  SF Walls | 102.75  SF Ceiling | |
| | 372.40  SF Walls & Ceiling | 102.75  SF Floor | |
| | 11.42  SY Flooring | 29.42  LF Floor Perimeter | |
| | 29.42  LF Ceil. Perimeter | | |

| **Missing Wall** | **11' 5" X 9' 2"** | **Opens into W_UNIT_KITCH** |
|---|---|---|

Exhibit 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 248. Seal stud wall for odor control (anti-microbial coating) | 372.40 SF | 2.71 | 53.84 | 372.07 | 1,435.11 | (0.00) | 1,435.11 |
| 249. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 250. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: W Unit Living Room** | | | **54.55** | **413.88** | **1,596.38** | **0.00** | **1,596.38** |



### E Unit Living Room                                               Height: 9' 2''

| | |
|---|---|
| 269.65 SF Walls | 102.75 SF Ceiling |
| 372.40 SF Walls & Ceiling | 102.75 SF Floor |
| 11.42 SY Flooring | 29.42 LF Floor Perimeter |
| 29.42 LF Ceil. Perimeter | |

**Missing Wall**               **11' 5'' X 9' 2''**               **Opens into E_UNIT_KITCH**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 251. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 252. Seal stud wall for odor control (anti-microbial coating) | 372.40 SF | 2.71 | 53.84 | 372.07 | 1,435.11 | (0.00) | 1,435.11 |
| 253. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Living Room** | | | **54.55** | **413.88** | **1,596.38** | **0.00** | **1,596.38** |



### W Unit Laundry                                               Height: 9' 2''

| | |
|---|---|
| 204.72 SF Walls | 27.81 SF Ceiling |
| 232.53 SF Walls & Ceiling | 27.81 SF Floor |
| 3.09 SY Flooring | 22.33 LF Floor Perimeter |
| 22.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 254. Seal stud wall for odor control (anti-microbial coating) | 232.53 SF | 2.71 | 33.62 | 232.31 | 896.09 | (0.00) | 896.09 |
| 255. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 256. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: W Unit Laundry** | | | **34.33** | **274.12** | **1,057.36** | **0.00** | **1,057.36** |

Exhibit 1



### E Unit Laundry

**Height: 9' 2''**

| | |
|---|---|
| 204.72 SF Walls | 27.81 SF Ceiling |
| 232.53 SF Walls & Ceiling | 27.81 SF Floor |
| 3.09 SY Flooring | 22.33 LF Floor Perimeter |
| 22.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 257. Seal stud wall for odor control (anti-microbial coating) | 232.53 SF | 2.71 | 33.62 | 232.31 | 896.09 | (0.00) | 896.09 |
| 258. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 259. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Laundry** | | | **34.33** | **274.12** | **1,057.36** | **0.00** | **1,057.36** |



### W Unit Kitchen

**Height: 9' 2''**

| | |
|---|---|
| 233.60 SF Walls | 100.51 SF Ceiling |
| 334.10 SF Walls & Ceiling | 100.51 SF Floor |
| 11.17 SY Flooring | 25.42 LF Floor Perimeter |
| 29.08 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **11' 5'' X 9' 2''** | **Opens into W_UNIT_LIVI2** |
| **Missing Wall** | **3' 8'' X 9' 2''** | **Opens into W_UNIT_HALLW** |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 260. Seal stud wall for odor control (anti-microbial coating) | 334.10 SF | 2.71 | 48.31 | 333.80 | 1,287.52 | (0.00) | 1,287.52 |
| 261. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 262. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: W Unit Kitchen** | | | **49.02** | **375.61** | **1,448.79** | **0.00** | **1,448.79** |

Exhibit 1



### E Unit Kitchen

**Height: 9' 2''**

| | |
|---|---|
| 233.60 SF Walls | 100.51 SF Ceiling |
| 334.10 SF Walls & Ceiling | 100.51 SF Floor |
| 11.17 SY Flooring | 25.42 LF Floor Perimeter |
| 29.08 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall | 3' 8'' X 9' 2'' | Opens into E_UNIT_HALLW |
| Missing Wall | 11' 5'' X 9' 2'' | Opens into E_UNIT_LIVI2 |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 263. Seal stud wall for odor control (anti-microbial coating) | 334.10 SF | 2.71 | 48.31 | 333.80 | 1,287.52 | (0.00) | 1,287.52 |
| 264. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 265. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Kitchen** | | | **49.02** | **375.61** | **1,448.79** | **0.00** | **1,448.79** |



### E Unit Bathroom

**Height: 9' 2''**

| | |
|---|---|
| 223.06 SF Walls | 35.23 SF Ceiling |
| 258.28 SF Walls & Ceiling | 35.23 SF Floor |
| 3.91 SY Flooring | 24.33 LF Floor Perimeter |
| 24.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 266. Seal stud wall for odor control (anti-microbial coating) | 258.28 SF | 2.71 | 37.34 | 258.05 | 995.33 | (0.00) | 995.33 |
| 267. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 268. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Bathroom** | | | **38.05** | **299.86** | **1,156.60** | **0.00** | **1,156.60** |



### W Unit Bathroom

**Height: 9' 2''**

| | |
|---|---|
| 223.06 SF Walls | 35.23 SF Ceiling |
| 258.28 SF Walls & Ceiling | 35.23 SF Floor |
| 3.91 SY Flooring | 24.33 LF Floor Perimeter |
| 24.33 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

Exhibit 1

**CONTINUED - W Unit Bathroom**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 269.  Seal stud wall for odor control (anti-microbial coating) | 258.28 SF | 2.71 | 37.34 | 258.05 | 995.33 | (0.00) | 995.33 |
| 270.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 271.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals:  W Unit Bathroom** | | | **38.05** | **299.86** | **1,156.60** | **0.00** | **1,156.60** |



**W Unit Bedroom 2**                                                    **Height: 9' 2"**

| | | |
|---|---|---|
| 374.31 SF Walls | | 97.75 SF Ceiling |
| 472.06 SF Walls & Ceiling | | 97.75 SF Floor |
| 10.86 SY Flooring | | 40.83 LF Floor Perimeter |
| 40.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 272.  Seal stud wall for odor control (anti-microbial coating) | 472.06 SF | 2.71 | 68.25 | 471.64 | 1,819.17 | (0.00) | 1,819.17 |
| 273.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 274.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals:  W Unit Bedroom 2** | | | **68.96** | **513.45** | **1,980.44** | **0.00** | **1,980.44** |



**E Unit Bedroom 2**                                                    **Height: 9' 2"**

| | | |
|---|---|---|
| 374.31 SF Walls | | 97.75 SF Ceiling |
| 472.06 SF Walls & Ceiling | | 97.75 SF Floor |
| 10.86 SY Flooring | | 40.83 LF Floor Perimeter |
| 40.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 275.  Seal stud wall for odor control (anti-microbial coating) | 472.06 SF | 2.71 | 68.25 | 471.64 | 1,819.17 | (0.00) | 1,819.17 |
| 276.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 277.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |

Exhibit 1

**CONTINUED - E Unit Bedroom 2**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: E Unit Bedroom 2** | | | **68.96** | **513.45** | **1,980.44** | **0.00** | **1,980.44** |



**W Unit Bdrm 2 Closet**  **Height: 9' 2"**

| | | |
|---|---|---|
| 135.97 SF Walls | | 13.75 SF Ceiling |
| 149.72 SF Walls & Ceiling | | 13.75 SF Floor |
| 1.53 SY Flooring | | 14.83 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 278. Seal stud wall for odor control (anti-microbial coating) | 149.72 SF | 2.71 | 21.65 | 149.59 | 576.98 | (0.00) | 576.98 |
| 279. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 280. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: W Unit Bdrm 2 Closet** | | | **22.36** | **191.40** | **738.25** | **0.00** | **738.25** |



**E Unit Bdrm 1 Closet**  **Height: 9' 2"**

| | | |
|---|---|---|
| 135.97 SF Walls | | 13.75 SF Ceiling |
| 149.72 SF Walls & Ceiling | | 13.75 SF Floor |
| 1.53 SY Flooring | | 14.83 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 281. Seal stud wall for odor control (anti-microbial coating) | 149.72 SF | 2.71 | 21.65 | 149.59 | 576.98 | (0.00) | 576.98 |
| 282. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 283. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Bdrm 1 Closet** | | | **22.36** | **191.40** | **738.25** | **0.00** | **738.25** |

Exhibit 1



### W Unit Bedrm 1 closet

**Height: 9' 2''**

| | |
|---|---|
| 135.97 SF Walls | 13.75 SF Ceiling |
| 149.72 SF Walls & Ceiling | 13.75 SF Floor |
| 1.53 SY Flooring | 14.83 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 284. Seal stud wall for odor control (anti-microbial coating) | 149.72 SF | 2.71 | 21.65 | 149.59 | 576.98 | (0.00) | 576.98 |
| 285. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 286. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: W Unit Bedrm 1 closet** | | | **22.36** | **191.40** | **738.25** | **0.00** | **738.25** |



### E Unit Bedrm 2 Closet

**Height: 9' 2''**

| | |
|---|---|
| 135.97 SF Walls | 13.75 SF Ceiling |
| 149.72 SF Walls & Ceiling | 13.75 SF Floor |
| 1.53 SY Flooring | 14.83 LF Floor Perimeter |
| 14.83 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 287. Seal stud wall for odor control (anti-microbial coating) | 149.72 SF | 2.71 | 21.65 | 149.59 | 576.98 | (0.00) | 576.98 |
| 288. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 289. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Bedrm 2 Closet** | | | **22.36** | **191.40** | **738.25** | **0.00** | **738.25** |



### W Unit Bedroom 1

**Height: 9' 2''**

| | |
|---|---|
| 441.53 SF Walls | 144.50 SF Ceiling |
| 586.03 SF Walls & Ceiling | 144.50 SF Floor |
| 16.06 SY Flooring | 48.17 LF Floor Perimeter |
| 48.17 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 290. Seal stud wall for odor control (anti-microbial coating) | 586.03 SF | 2.71 | 84.73 | 585.51 | 2,258.38 | (0.00) | 2,258.38 |

Exhibit 1

**CONTINUED - W Unit Bedroom 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 291.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 292.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals:  W Unit Bedroom 1** | | | **85.44** | **627.32** | **2,419.65** | **0.00** | **2,419.65** |



### E Unit Bedroom 1 — Height: 9' 2"

| | |
|---|---|
| 444.58  SF Walls | 146.63  SF Ceiling |
| 591.21  SF Walls & Ceiling | 146.63  SF Floor |
| 16.29  SY Flooring | 48.50  LF Floor Perimeter |
| 48.50  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 293.  Seal stud wall for odor control (anti-microbial coating) | 591.21 SF | 2.71 | 85.48 | 590.69 | 2,278.35 | (0.00) | 2,278.35 |
| 294.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 295.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals:  E Unit Bedroom 1** | | | **86.19** | **632.50** | **2,439.62** | **0.00** | **2,439.62** |



### W Unit Hallway — Height: 9'

| | |
|---|---|
| 505.50  SF Walls | 91.65  SF Ceiling |
| 597.15  SF Walls & Ceiling | 91.65  SF Floor |
| 10.18  SY Flooring | 56.17  LF Floor Perimeter |
| 56.17  LF Ceil. Perimeter | |

| Missing Wall | 3' 8" X 9' | Opens into W_UNIT_KITCH |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 296.  Seal stud wall for odor control (anti-microbial coating) | 597.15 SF | 2.71 | 86.34 | 596.62 | 2,301.24 | (0.00) | 2,301.24 |
| 297.  Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 298.  R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |

Exhibit 1

**CONTINUED - W Unit Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: W Unit Hallway** | | | **87.05** | **638.43** | **2,462.51** | **0.00** | **2,462.51** |



**E Unit Hallway** **Height: 9'**

| | |
|---|---|
| 505.50 SF Walls | 91.65 SF Ceiling |
| 597.15 SF Walls & Ceiling | 91.65 SF Floor |
| 10.18 SY Flooring | 56.17 LF Floor Perimeter |
| 56.17 LF Ceil. Perimeter | |

**Missing Wall** **3' 8" X 9'** **Opens into E_UNIT_KITCH**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 299. Seal stud wall for odor control (anti-microbial coating) | 597.15 SF | 2.71 | 86.34 | 596.62 | 2,301.24 | (0.00) | 2,301.24 |
| 300. Detach & Reset Interior door unit | 1.00 EA | 88.01 | 0.09 | 30.83 | 118.93 | (0.00) | 118.93 |
| 301. R&R Door dummy knob - interior - Standard grade | 1.00 EA | 30.74 | 0.62 | 10.98 | 42.34 | (0.00) | 42.34 |
| **Totals: E Unit Hallway** | | | **87.05** | **638.43** | **2,462.51** | **0.00** | **2,462.51** |
| **Total: Level 2** | | | **2,217.97** | **26,674.60** | **102,887.76** | **0.00** | **102,887.76** |

**Roof**

**Roof1**

| | |
|---|---|
| 1808.69 Surface Area | 18.09 Number of Squares |
| 185.37 Total Perimeter Length | 64.75 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 302. Remove Laminated - comp. shingle rfg. - w/ felt | 18.09 SQ | 68.21 | 0.00 | 431.87 | 1,665.79 | (0.00) | 1,665.79 |
| 303. Laminated - comp. shingle rfg. - w/ felt | 18.33 SQ | 281.01 | 216.63 | 1,878.64 | 7,246.18 | (0.00) | 7,246.18 |
| 304. Remove Additional charge for high roof (2 stories or greater) | 18.09 SQ | 6.98 | 0.00 | 44.19 | 170.46 | (0.00) | 170.46 |

Exhibit 1

**CONTINUED - Roof1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 305. Additional charge for high roof (2 stories or greater) | 18.09 SQ | 20.97 | 0.00 | 132.77 | 512.12 | (0.00) | 512.12 |
| 306. R&R Sheathing - plywood - 1/2" CDX | 1,808.69 SF | 4.04 | 305.95 | 2,664.57 | 10,277.63 | (0.00) | 10,277.63 |
| 307. Detach & Reset Roof vent - turbine type | 4.00 EA | 86.49 | 0.27 | 121.17 | 467.40 | (0.00) | 467.40 |
| 308. R&R Drip edge | 185.37 LF | 3.23 | 19.27 | 216.30 | 834.31 | (0.00) | 834.31 |
| **Totals: Roof1** | | | **542.12** | **5,489.51** | **21,173.89** | **0.00** | **21,173.89** |
| **Total: Roof** | | | **542.12** | **5,489.51** | **21,173.89** | **0.00** | **21,173.89** |
| **Line Item Totals: 2022-05-15-09461-1** | | | **6,480.49** | **76,131.84** | **293,651.18** | **0.00** | **293,651.18** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 10,551.10 | SF Walls | 2,937.83 | SF Ceiling | 13,488.94 | SF Walls and Ceiling |
| 2,937.83 | SF Floor | 326.43 | SY Flooring | 1,245.67 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 1,328.27 | LF Ceil. Perimeter |
| | | | | | |
| 2,937.83 | Floor Area | 3,216.96 | Total Area | 10,671.23 | Interior Wall Area |
| 3,386.47 | Exterior Wall Area | 371.83 | Exterior Perimeter of Walls | | |
| | | | | | |
| 1,808.69 | Surface Area | 18.09 | Number of Squares | 185.37 | Total Perimeter Length |
| 64.75 | Total Ridge Length | 0.00 | Total Hip Length | | |

Exhibit 1

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 211,038.85 |
| Material Sales Tax | 6,480.49 |
| Subtotal | 217,519.34 |
| Overhead | 32,628.00 |
| Profit | 43,503.84 |
| **Replacement Cost Value** | **$293,651.18** |
| **Net Claim** | **$293,651.18** |

Gary Sanders
President.

Exhibit 1

## Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (20%) | Material Sales Tax (9.45%) | Manuf. Home Tax (9.45%) | Cleaning Mat'l Tax (9.45%) | Fabric Cleaning Tax (9.45%) | Storage Tax (9.45%) | Local Food Tax (5%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 32,628.00 | 43,503.84 | 6,480.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **32,628.00** | **43,503.84** | **6,480.49** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

Exhibit 1

# Recap by Room

**Estimate: 2022-05-15-09461-1**

| | | |
|---|---:|---:|
| **Area: Main Level** | **39,398.41** | **18.67%** |
| UNIT C Bedroom 3 Closet | 1,762.99 | 0.84% |
| UNIT C Bedroom 2 | 5,811.28 | 2.75% |
| UNIT C Bedroom 1 | 5,838.06 | 2.77% |
| UNIT C Hallway Closet | 939.99 | 0.45% |
| UNIT C Bedroom 1 Closet | 1,499.59 | 0.71% |
| UNIT C Hallway | 4,021.05 | 1.91% |
| UNIT C Bedroom 3 | 5,104.43 | 2.42% |
| UNIT C Bedroom 2 Closet | 1,515.94 | 0.72% |
| UNIT C Living Room | 4,336.42 | 2.05% |
| UNIT C Kitchen | 3,972.03 | 1.88% |
| UNIT C Kitchen Closet | 3,314.90 | 1.57% |
| UNIT C Bathroom | 4,714.00 | 2.23% |
| FT Unit Linens Closet | 1,022.27 | 0.48% |
| FT Unit Kitchen Closet | 2,909.06 | 1.38% |
| FT Unit Kitchen | 3,798.73 | 1.80% |
| FT Unit Living Room | 5,978.33 | 2.83% |
| Room1 | 1,069.10 | 0.51% |
| FT Unit Bedroom 1 | 4,970.47 | 2.36% |
| FT Unit Bedroom 2 | 4,970.47 | 2.36% |
| FT Unit Bedroom 2 Closet | 1,515.94 | 0.72% |
| FT Unit Bedroom 3 | 1,357.30 | 0.64% |
| FT Unit Hallway | 3,584.94 | 1.70% |
| FT Unit Bathroom | 3,672.69 | 1.74% |
| FT Unit Bedroom 3 | 4,823.01 | 2.29% |
| **Area Subtotal:  Main Level** | **121,901.40** | **57.76%** |
| | | |
| **Area: Level 2** | **54,759.87** | **25.95%** |
| W Unit Living Room | 1,127.95 | 0.53% |
| E Unit Living Room | 1,127.95 | 0.53% |
| W Unit Laundry | 748.91 | 0.35% |
| E Unit Laundry | 748.91 | 0.35% |
| W Unit Kitchen | 1,024.16 | 0.49% |
| E Unit Kitchen | 1,024.16 | 0.49% |
| E Unit Bathroom | 818.69 | 0.39% |
| W Unit Bathroom | 818.69 | 0.39% |
| W Unit Bedroom 2 | 1,398.03 | 0.66% |
| E Unit Bedroom 2 | 1,398.03 | 0.66% |
| W Unit Bdrm 2 Closet | 524.49 | 0.25% |
| E Unit Bdrm 1 Closet | 524.49 | 0.25% |
| W Unit Bedrm 1 closet | 524.49 | 0.25% |
| E Unit Bedrm 2 Closet | 524.49 | 0.25% |
| W Unit Bedroom 1 | 1,706.89 | 0.81% |
| E Unit Bedroom 1 | 1,720.93 | 0.82% |

Exhibit 1

| | | |
|---|---:|---:|
| **W Unit Hallway** | **1,737.03** | **0.82%** |
| **E Unit Hallway** | **1,737.03** | **0.82%** |
| **Area Subtotal:  Level 2** | **73,995.19** | **35.06%** |
| **Area: Roof** | | |
| **Roof1** | **15,142.26** | **7.18%** |
| **Area Subtotal:  Roof** | **15,142.26** | **7.18%** |
| **Subtotal of Areas** | **211,038.85** | **100.00%** |
| **Total** | **211,038.85** | **100.00%** |

Exhibit 1

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 8,498.02 | 2.89% |
| GENERAL DEMOLITION | 10,915.48 | 3.72% |
| DOORS | 10,195.34 | 3.47% |
| DRYWALL | 23,170.00 | 7.89% |
| ELECTRICAL | 16,686.93 | 5.68% |
| FLOOR COVERING - CERAMIC TILE | 1,103.95 | 0.38% |
| FLOOR COVERING - WOOD | 8,701.34 | 2.96% |
| FINISH CARPENTRY / TRIMWORK | 3,817.93 | 1.30% |
| FINISH HARDWARE | 875.28 | 0.30% |
| FRAMING & ROUGH CARPENTRY | 1,988.43 | 0.68% |
| HEAT,  VENT & AIR CONDITIONING | 11,203.98 | 3.82% |
| INSULATION | 6,294.74 | 2.14% |
| LIGHT FIXTURES | 1,697.52 | 0.58% |
| PLUMBING | 4,063.23 | 1.38% |
| PAINTING | 51,006.06 | 17.37% |
| ROOFING | 12,362.08 | 4.21% |
| SCAFFOLDING | 3,132.50 | 1.07% |
| SIDING | 5,825.28 | 1.98% |
| WINDOWS - ALUMINUM | 13,682.24 | 4.66% |
| WATER EXTRACTION & REMEDIATION | 15,818.52 | 5.39% |
| O&P Items Subtotal | 211,038.85 | 71.87% |
| Material Sales Tax | 6,480.49 | 2.21% |
| Overhead | 32,628.00 | 11.11% |
| Profit | 43,503.84 | 14.81% |
| Total | 293,651.18 | 100.00% |

*This report was written specifically for the subject property based on inspection and data available at the time.*

*ACTUAL ONSITE TESTING FOR MOISTURE WAS CONDUCTED USING A FLIR MR277 INFRARED GUIDED MEASUREMENT  INTERLINK*
*ATTACHED TO  A FLIR MR12 BALL PROBE MOISTURE  SENSOR THAT READS UP TO 4 INCHES PAST THE SURFACE..  PHOTOS ARE THEN MADE OF THE MEASURED RESULTS.*
*WE UTILIZIED A  5 FOOT LONG MAST EXTENDER  THAT ALLOWED FOR THE ACTUAL TESTING OF CEILINGS AND HIGH WALLS.*

*Actual testing of the moisture readings started at 10:30 AM on May 2, 2022.  The elevated readings were photographed and inserted in this report.*
*Recorded levels were above acceptable limits requiring a scope of mitigation and repairs.  The elevated moisture readings of the*
*floors will require a complete dry out sanding and refinish for their continuous surface.     Ceilings and walls will be estimated per the actual room readings as listed in the*
*floor plan.*

Exhibit 1

_Due to the elevated  moisture readings, a separate test was initiated at 11:12 AM  for particle levels and their effect on the living spaces. This test was conducted using_
_a Particle Scan Pro Air born  Class 1, Laser  diode based particle counter , serial number 101-001179,. Testing started outside to record the ambient conditions that is_
_needed to compare the density of the interior, Particles   from .03, 05, 07 (micrometers) were measured  and recorded in photo logs.  The  acceptable ratios of interior to exterior is 2 to 1._
_When that ratio is exceeded, potential heath issues ( lungs) are present.  The subject risk was tested and ratios  for 87,600 ptls /cu ft at the front porch_
_were compared to 876,400 ptls /cu ft in the back bedrooms.  This is a 10 to 1 ratio  io unhealthy per industry standards and needs to be mitigated for health reasons._
_Damages were then calculated to mitigate the source ( moisture laden materials)_

_The EPA particle affect guidelines are summarized as follows:_ Exposure to inhale able particles can affect both your lungs and your heart.
Many studies directly link the size of particles to their potential for causing health problems.
Small particles (less than **10 micrometers** in diameter) can get deep into your lungs, and some may even get into your bloodstream.
People with heart or lung diseases such as coronary artery disease, congestive heart failure, and asthma or chronic obstructive pulmonary disease (COPD),
 children and older adults may be at greater risk from PM exposure.

Scientific studies have linked PM exposure to a variety of health impacts, including:Eye, nose and throat irritation;Aggravation of coronary and respiratory disease symptoms; and
Premature death in people with heart or lung disease.

_Should additional information ( discovery of damages) become available, the author reserves the right to review the new data and make appropriate comments and changes._

Exhibit 1



1       Main Level/UNIT C Bedroom 2 - 1-  Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_121107
        General view

Exhibit 1



2    Main Level/UNIT C Bedroom 2 - 2-  Date Taken: 5/1/2022        Taken By: RGP
TimePhoto_20220501_121112
General view

Exhibit 1



3    Main Level/UNIT C Bedroom 2 - 3-  Date Taken: 5/1/2022           Taken By: RGP
     TimePhoto_20220501_121114
     General view

Exhibit 1



4      Main Level/UNIT C Bedroom 2 - 4-  Date Taken: 5/1/2022       Taken By: RGP
TimePhoto_20220501_121119
General view

Exhibit 1



5     Main Level/UNIT C Bedroom 2 - 5-   Date Taken: 5/1/2022       Taken By: RGP
TimePhoto_20220501_122144
General view

Exhibit 1



May 1, 2022 12:12:07 PM

6       Main Level/UNIT C Bedroom 1 - 6-  Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_121207
        Station particles readings

Exhibit 1



7       Main Level/UNIT C Bedroom 1 - 7-  Date Taken: 5/1/2022                    Taken By: RGP
        TimePhoto_20220501_121211
        General view

Exhibit 1



8    Main Level/UNIT C Bedroom 1 - 8-  Date Taken: 5/1/2022       Taken By: RGP
TimePhoto_20220501_121214
General view

Exhibit 1



May 1, 2022 12:12:20 PM

9      Main Level/UNIT C Bedroom 1 - 9-  Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_121220
        General view

Exhibit 1



10 Main Level/UNIT C Bedroom 1 - Date Taken: 5/1/2022 Taken By: RGP
10-TimePhoto_20220501_121221
General view

Exhibit 1



May 1, 2022 12:12:26 PM

11    Main Level/UNIT C Bedroom 1 -    Date Taken: 5/1/2022    Taken By: RGP
      11-TimePhoto_20220501_121226
      General view

Exhibit 1



12 Main Level/UNIT C Bedroom 1 -  Date Taken: 5/1/2022   Taken By: RGP
12-TimePhoto_20220501_121227
General view

Exhibit 1



13    Main Level/UNIT C Bedroom 1 -       Date Taken: 5/1/2022          Taken By: RGP
      13-TimePhoto_20220501_121231
      General view

Exhibit 1



May 1, 2022 12:21:48 PM

14      Main Level/UNIT C Bedroom 1 -        Date Taken: 5/1/2022            Taken By: RGP
        14-TimePhoto_20220501_122148
        General view

Exhibit 1



15     Main Level/UNIT C Hallway - 26-    Date Taken: 5/1/2022        Taken By: RGP
           TimePhoto_20220501_121237
           General view

Exhibit 1



16      Main Level/UNIT C Hallway - 27-    Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_121244
        General view

Exhibit 1



17      Main Level/UNIT C Hallway - 28-    Date Taken: 5/1/2022          Taken By: RGP
           TimePhoto_20220501_121259
           Station particles readings

Exhibit 1



18    Main Level/UNIT C Hallway - 29-    Date Taken: 5/1/2022         Taken By: RGP
      TimePhoto_20220501_121302
      General view

Exhibit 1



19    Main Level/UNIT C Hallway - 30-    Date Taken: 5/1/2022    Taken By: RGP
      TimePhoto_20220501_121309
      General view

Exhibit 1



20    Main Level/UNIT C Hallway - 31-    Date Taken: 5/1/2022        Taken By: RGP
TimePhoto_20220501_122127
General view

Exhibit 1



21     Main Level/UNIT C Hallway - 32-    Date Taken: 5/1/2022           Taken By: RGP
           TimePhoto_20220501_122130
           General view

Exhibit 1



22    Main Level/UNIT C Hallway - 33-    Date Taken: 5/1/2022               Taken By: RGP
TimePhoto_20220501_122132
General view

Exhibit 1



23    Main Level/UNIT C Hallway - 34-    Date Taken: 5/1/2022        Taken By: RGP
      TimePhoto_20220501_122135
      General view

Exhibit 1



24     Main Level/UNIT C Hallway - 35-   Date Taken: 5/1/2022       Taken By: RGP
        TimePhoto_20220501_122200
        General view

Exhibit 1



25    Main Level/UNIT C Hallway - 36-    Date Taken: 5/1/2022                Taken By: RGP
      TimePhoto_20220501_122203
      General view

Exhibit 1



May 1, 2022 12:10:02 PM

26    Main Level/UNIT C Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
           37-TimePhoto_20220501_121002
           General view

Exhibit 1



27   Main Level/UNIT C Bedroom 3 -      Date Taken: 5/1/2022          Taken By: RGP
     38-TimePhoto_20220501_121054
     Station particles readings

Exhibit 1



28    Main Level/UNIT C Bedroom 3 -        Date Taken: 5/1/2022              Taken By: RGP
      39-TimePhoto_20220501_121103
      General view

Exhibit 1



May 1, 2022 12:11:05 PM

29    Main Level/UNIT C Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
    40-TimePhoto_20220501_121105
    General view

Exhibit 1



30      Main Level/UNIT C Bedroom 3 -      Date Taken: 5/1/2022          Taken By: RGP
        41-TimePhoto_20220501_122139
        General view

Exhibit 1



31     Main Level/UNIT C Living Room -   Date Taken: 5/1/2022         Taken By: RGP
        42-TimePhoto_20220501_120901
        General view

Exhibit 1



May 1, 2022 12:09:03 PM

32      Main Level/UNIT C Living Room -   Date Taken: 5/1/2022            Taken By: RGP
        43-TimePhoto_20220501_120903
        General view

Exhibit 1



May 1, 2022 12:09:05 PM

33    Main Level/UNIT C Living Room -   Date Taken: 5/1/2022              Taken By: RGP
      44-TimePhoto_20220501_120905
      General view

Exhibit 1



34      Main Level/UNIT C Living Room -   Date Taken: 5/1/2022              Taken By: RGP
        45-TimePhoto_20220501_120908
        General view

Exhibit 1



35      Main Level/UNIT C Living Room -   Date Taken: 5/1/2022                Taken By: RGP
        46-TimePhoto_20220501_120910
        General view

Exhibit 1



May 1, 2022 12:09:52 PM

36      Main Level/UNIT C Living Room -   Date Taken: 5/1/2022        Taken By: RGP
          47-TimePhoto_20220501_120952
          Station particles readings

Exhibit 1



37 Main Level/UNIT C Living Room - Date Taken: 5/1/2022  Taken By: RGP
   48-TimePhoto_20220501_120953
   Station particles readings

Exhibit 1



May 1, 2022 12:09:59 PM

38    Main Level/UNIT C Living Room -  Date Taken: 5/1/2022       Taken By: RGP
        49-TimePhoto_20220501_120959
        General view

Exhibit 1



39    Main Level/UNIT C Kitchen - 50-        Date Taken: 5/1/2022        Taken By: RGP
      TimePhoto_20220501_121006
      General view

Exhibit 1



40    Main Level/UNIT C Kitchen - 51-        Date Taken: 5/1/2022                Taken By: RGP
      TimePhoto_20220501_121007
      General view

Exhibit 1



41    Main Level/UNIT C Kitchen - 52-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_121015
       Station particles readings

Exhibit 1



42      Main Level/UNIT C Kitchen - 53-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_121022
        General view

Exhibit 1



43    Main Level/UNIT C Kitchen - 54-    Date Taken: 5/1/2022    Taken By: RGP
      TimePhoto_20220501_121023
      General view

Exhibit 1



44    Main Level/UNIT C Kitchen - 55-    Date Taken: 5/1/2022    Taken By: RGP
        TimePhoto_20220501_121030
        General view

Exhibit 1



45      Main Level/UNIT C Kitchen - 56-    Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_121032
        General view

Exhibit 1



46    Main Level/UNIT C Kitchen - 57-    Date Taken: 5/1/2022          Taken By: RGP
      TimePhoto_20220501_122137
      General view

Exhibit 1



May 1, 2022 12:10:35 PM

47   Main Level/UNIT C Kitchen         Date Taken: 5/1/2022          Taken By: RGP
     Closet - 58-TimePhoto_20220501_
     121035
     General view

Exhibit 1



May 1, 2022 12:10:37 PM

48     Main Level/UNIT C Kitchen     Date Taken: 5/1/2022     Taken By: RGP
Closet - 59-TimePhoto_20220501_
121037
General view

Exhibit 1



May 1, 2022 12:13:18 PM

49    Main Level/UNIT C Bathroom - 60-  Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_121318
       General view

Exhibit 1



50      Main Level/UNIT C Bathroom - 61-  Date Taken: 5/1/2022                    Taken By: RGP
        TimePhoto_20220501_121321
        General view

Exhibit 1



May 1, 2022 12:13:27 PM

51      Main Level/UNIT C Bathroom - 62-  Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_121327
        General view

Exhibit 1



May 1, 2022 12:13:32 PM

52    Main Level/UNIT C Bathroom - 63-  Date Taken: 5/1/2022          Taken By: RGP
      TimePhoto_20220501_121332
      General view

Exhibit 1



53      Main Level/UNIT C Bathroom - 64-   Date Taken: 5/1/2022          Taken By: RGP
            TimePhoto_20220501_121337
            General view

Exhibit 1



May 1, 2022 12:13:40 PM

54      Main Level/UNIT C Bathroom - 65-  Date Taken: 5/1/2022                Taken By: RGP
        TimePhoto_20220501_121340
        General view

Exhibit 1



55    Main Level/FT Unit Kitchen - 66-    Date Taken: 5/1/2022    Taken By: RGP
      TimePhoto_20220501_115457
      General view

Exhibit 1



56    Main Level/FT Unit Kitchen - 67-    Date Taken: 5/1/2022          Taken By: RGP
      TimePhoto_20220501_115459
      General view

Exhibit 1



57    Main Level/FT Unit Kitchen - 68-        Date Taken: 5/1/2022              Taken By: RGP
      TimePhoto_20220501_115503
      Station particles readings

Exhibit 1



58    Main Level/FT Unit Kitchen - 69-        Date Taken: 5/1/2022              Taken By: RGP
      TimePhoto_20220501_115506
      General view

Exhibit 1



59      Main Level/FT Unit Kitchen - 70-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_115510
        General view

Exhibit 1



60    Main Level/FT Unit Kitchen - 71-    Date Taken: 5/1/2022    Taken By: RGP
      TimePhoto_20220501_115512
      General view

Exhibit 1



61      Main Level/FT Unit Kitchen - 72-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_115528
        Moisture level % readings

Exhibit 1



62    Main Level/FT Unit Kitchen - 73-    Date Taken: 5/1/2022    Taken By: RGP
TimePhoto_20220501_115533
Moisture level % readings

Exhibit 1



63      Main Level/FT Unit Living Room -   Date Taken: 5/1/2022           Taken By: RGP
          74-TimePhoto_20220501_114921
          General view

Exhibit 1



64      Main Level/FT Unit Living Room -    Date Taken: 5/1/2022          Taken By: RGP
        75-TimePhoto_20220501_114925
        Station particles readings

Exhibit 1



May 1, 2022 11:52:37 AM

65     Main Level/FT Unit Living Room -    Date Taken: 5/1/2022       Taken By: RGP
        76-TimePhoto_20220501_115237
        General view

Exhibit 1



66     Main Level/FT Unit Living Room -   Date Taken: 5/1/2022          Taken By: RGP
       77-TimePhoto_20220501_115238
       General view

Exhibit 1



May 1, 2022 11:52:40 AM

67    Main Level/FT Unit Living Room -    Date Taken: 5/1/2022            Taken By: RGP
      78-TimePhoto_20220501_115240
      General view

Exhibit 1



68   Main Level/FT Unit Living Room -   Date Taken: 5/1/2022         Taken By: RGP
     79-TimePhoto_20220501_115248
     Moisture level % readings

Exhibit 1



69     Main Level/FT Unit Living Room -   Date Taken: 5/1/2022        Taken By: RGP
          80-TimePhoto_20220501_115253
          Moisture level % readings

Exhibit 1



70      Main Level/FT Unit Living Room -    Date Taken: 5/1/2022          Taken By: RGP
        81-TimePhoto_20220501_115258
        Moisture level % readings

Exhibit 1



71     Main Level/FT Unit Living Room -   Date Taken: 5/1/2022          Taken By: RGP
       82-TimePhoto_20220501_115305
       Moisture level % floor readings

Exhibit 1



72    Main Level/FT Unit Bedroom 1 -        Date Taken: 5/1/2022        Taken By: RGP
      83-TimePhoto_20220501_115633
      General view

Exhibit 1



73    Main Level/FT Unit Bedroom 1 -      Date Taken: 5/1/2022          Taken By: RGP
      84-TimePhoto_20220501_115635
      General view

Exhibit 1



74    Main Level/FT Unit Bedroom 1 -        Date Taken: 5/1/2022        Taken By: RGP
      85-TimePhoto_20220501_115640
      Station particles readings

Exhibit 1



75    Main Level/FT Unit Bedroom 1 -        Date Taken: 5/1/2022              Taken By: RGP
      86-TimePhoto_20220501_115643
      General view

Exhibit 1



May 1, 2022 11:56:48 AM

76    Main Level/FT Unit Bedroom 1 -    Date Taken: 5/1/2022    Taken By: RGP
       87-TimePhoto_20220501_115648
       General view

Exhibit 1



May 1, 2022 11:56:50 AM

77    Main Level/FT Unit Bedroom 1 -        Date Taken: 5/1/2022        Taken By: RGP
      88-TimePhoto_20220501_115650
      General view

Exhibit 1



May 1, 2022 11:53:14 AM

78    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
       89-TimePhoto_20220501_115314
       General view

Exhibit 1



79    Main Level/FT Unit Bedroom 2 -        Date Taken: 5/1/2022          Taken By: RGP
      90-TimePhoto_20220501_115315
      General view

Exhibit 1



May 1, 2022 11:54:05 AM

80    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
       91-TimePhoto_20220501_115405
       General view

Exhibit 1



May 1, 2022 11:54:07 AM

81    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
    92-TimePhoto_20220501_115407
    General view

Exhibit 1



May 1, 2022 11:54:10 AM

82    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
      93-TimePhoto_20220501_115410
      General view

Exhibit 1



May 1, 2022 11:54:12 AM

83    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
      94-TimePhoto_20220501_115412
      General view

Exhibit 1



84     Main Level/FT Unit Bedroom 2 -     Date Taken: 5/1/2022          Taken By: RGP
        95-TimePhoto_20220501_115417
        General view

Exhibit 1



May 1, 2022 11:54:21 AM

85     Main Level/FT Unit Bedroom 2 -     Date Taken: 5/1/2022       Taken By: RGP
        96-TimePhoto_20220501_115421
        General view

Exhibit 1



86      Main Level/FT Unit Bedroom 2 -        Date Taken: 5/1/2022              Taken By: RGP
        97-TimePhoto_20220501_115430
        Station particles readings

Exhibit 1



May 1, 2022 11:54:39 AM

87    Main Level/FT Unit Bedroom 2 -    Date Taken: 5/1/2022    Taken By: RGP
      98-TimePhoto_20220501_115439
      Moisture level % readings

Exhibit 1



88    Main Level/FT Unit Bedroom 2 -        Date Taken: 5/1/2022        Taken By: RGP
      99-TimePhoto_20220501_115443
      Moisture level % readings

Exhibit 1



89 Main Level/FT Unit Bedroom 2 - Date Taken: 5/1/2022 Taken By: RGP
  100-TimePhoto_20220501_
  115449

  Moisture level % readings

Exhibit 1



90      Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022        Taken By: RGP
        102-TimePhoto_20220501_
        115028
        General view

Exhibit 1



91    Main Level/FT Unit Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
    103-TimePhoto_20220501_
    115030

General view

Exhibit 1



92 Main Level/FT Unit Bedroom 3 - Date Taken: 5/1/2022 Taken By: RGP
104-TimePhoto_20220501_
115033

Station particles readings

Exhibit 1



93      Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022            Taken By: RGP
        105-TimePhoto_20220501_
        115036

        Station particles readings

Exhibit 1



May 1, 2022 11:50:44 AM

94    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022          Taken By: RGP
      106-TimePhoto_20220501_
      115044
      General view

Exhibit 1



May 1, 2022 11:50:48 AM

| 95 | Main Level/FT Unit Bedroom 3 - 107-TimePhoto_20220501_ 115048 | Date Taken: 5/1/2022 | Taken By: RGP |

General view

Exhibit 1



96    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022        Taken By: RGP
      108-TimePhoto_20220501_
      115049

      General view

Exhibit 1



97  Main Level/FT Unit Bedroom 3 -   Date Taken: 5/1/2022        Taken By: RGP
    109-TimePhoto_20220501_
    115211
    Moisture level % readings

Exhibit 1



98     Main Level/FT Unit Bedroom 3 -    Date Taken: 5/1/2022       Taken By: RGP
        110-TimePhoto_20220501_
        115226

Moisture level % readings

Exhibit 1



99     Main Level/FT Unit Bedroom 3 -          Date Taken: 5/1/2022          Taken By: RGP
       111-TimePhoto_20220501_
       115231

       Moisture level % readings

Exhibit 1



100     Main Level/FT Unit Hallway - 112-  Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_115600
        General view

Exhibit 1



101    Main Level/FT Unit Hallway - 113-  Date Taken: 5/1/2022        Taken By: RGP
TimePhoto_20220501_115602
General view

Exhibit 1



102   Main Level/FT Unit Hallway - 114-   Date Taken: 5/1/2022        Taken By: RGP
      TimePhoto_20220501_115603
      General view

Exhibit 1



103    Main Level/FT Unit Hallway - 115-  Date Taken: 5/1/2022      Taken By: RGP
       TimePhoto_20220501_115615
       Station particles readings

Exhibit 1



104     Main Level/FT Unit Hallway - 116-  Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_115622
        Moisture level % readings

Exhibit 1



105    Main Level/FT Unit Hallway - 117-  Date Taken: 5/1/2022       Taken By: RGP
TimePhoto_20220501_115631
Moisture level % readings

Exhibit 1



106    Main Level/FT Unit Hallway - 118-   Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_115717
       General view

Exhibit 1



107    Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022        Taken By: RGP
       119-TimePhoto_20220501_
       115706

       Station particles readings

Exhibit 1



108    Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022        Taken By: RGP
       120-TimePhoto_20220501_
       115719
       General view

Exhibit 1



May 1, 2022 11:57:23 AM

| 109 | Main Level/FT Unit Bathroom - 121-TimePhoto_20220501_ 115723 | Date Taken: 5/1/2022 | Taken By: RGP |

General view

Exhibit 1



110    Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022        Taken By: RGP
       122-TimePhoto_20220501_
       115725
       General view

Exhibit 1



111    Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022              Taken By: RGP
       123-TimePhoto_20220501_
       115728

       General view

Exhibit 1



112   Main Level/FT Unit Bathroom -         Date Taken: 5/1/2022          Taken By: RGP
       124-TimePhoto_20220501_
       115730
       General view

Exhibit 1



113   Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022        Taken By: RGP
      125-TimePhoto_20220501_
      115740

      Moisture level % readings

Exhibit 1



114    Main Level/FT Unit Bathroom -     Date Taken: 5/1/2022    Taken By: RGP
       126-TimePhoto_20220501_
       115747

Moisture level % readings

Exhibit 1



115    Main Level/FT Unit Bathroom -        Date Taken: 5/1/2022            Taken By: RGP
       127-TimePhoto_20220501_
       115753
       General view

Exhibit 1



116    Main Level/FT Unit Bathroom -      Date Taken: 5/1/2022      Taken By: RGP
        128-TimePhoto_20220501_
        115755
        General view

Exhibit 1



117    Main Level/FT Unit Bathroom -      Date Taken: 5/1/2022        Taken By: RGP
        129-TimePhoto_20220501_
        115805

        Moisture level % readings

Exhibit 1



118    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022        Taken By: RGP
       142-TimePhoto_20220501_
       115028

General view

Exhibit 1



119    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022            Taken By: RGP
       143-TimePhoto_20220501_
       115030

       General view

Exhibit 1



120    Main Level/FT Unit Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
       144-TimePhoto_20220501_
       115033

       Station particles readings

Exhibit 1



121    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022             Taken By: RGP
       145-TimePhoto_20220501_
       115036

       Station particles readings

Exhibit 1



May 1, 2022 11:50:44 AM

122    Main Level/FT Unit Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
       146-TimePhoto_20220501_
       115044
       General view

Exhibit 1



123    Main Level/FT Unit Bedroom 3 -    Date Taken: 5/1/2022    Taken By: RGP
    147-TimePhoto_20220501_
    115048
    General view

Exhibit 1



124     Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022              Taken By: RGP
        148-TimePhoto_20220501_
        115049

        General view

Exhibit 1



125    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022          Taken By: RGP
       149-TimePhoto_20220501_
       115211

       Moisture level % readings

Exhibit 1



126     Main Level/FT Unit Bedroom 3 -     Date Taken: 5/1/2022          Taken By: RGP
        150-TimePhoto_20220501_
        115226

        Moisture level % readings

Exhibit 1



127    Main Level/FT Unit Bedroom 3 -        Date Taken: 5/1/2022        Taken By: RGP
       151-TimePhoto_20220501_
       115231

       Moisture level % readings

Exhibit 1



128    Level 2/W Unit Living Room - 163-  Date Taken: 5/1/2022       Taken By: RGP
       TimePhoto_20220501_134039
       Station particles readings ( EXTERIOR)

Exhibit 1



129    Level 2/W Unit Living Room - 164-  Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_134054
       General view

Exhibit 1



130    Level 2/W Unit Living Room - 165-  Date Taken: 5/1/2022        Taken By: RGP
TimePhoto_20220501_134056
General view

Exhibit 1



131     Level 2/W Unit Living Room - 166-  Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134059
        General view

Exhibit 1



132    Level 2/W Unit Living Room - 167-  Date Taken: 5/1/2022       Taken By: RGP
       TimePhoto_20220501_134106
       Station particles readings

Exhibit 1



133    Level 2/W Unit Living Room - 168-  Date Taken: 5/1/2022                 Taken By: RGP
       TimePhoto_20220501_134117
       General view

Exhibit 1



134     Level 2/W Unit Living Room - 169-  Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134118
        General view

Exhibit 1



135    Level 2/W Unit Living Room - 170-   Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134126
       Moisture level % readings

Exhibit 1



136    Level 2/W Unit Living Room - 172-  Date Taken: 5/1/2022       Taken By: RGP
       TimePhoto_20220501_134139
       Moisture level % readings

Exhibit 1



137    Level 2/W Unit Living Room - 173-  Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_134835
       General view

Exhibit 1



May 1, 2022 1:50:04 PM

138    Level 2/E Unit Living Room - 228-   Date Taken: 5/1/2022              Taken By: RGP
       TimePhoto_20220501_135004
       General view

Exhibit 1



139    Level 2/E Unit Living Room - 229-    Date Taken: 5/1/2022    Taken By: RGP
        TimePhoto_20220501_135010
        General view

Exhibit 1



140    Level 2/E Unit Living Room - 230-    Date Taken: 5/1/2022                Taken By: RGP
       TimePhoto_20220501_135033
       Station particles readings

Exhibit 1



141     Level 2/E Unit Living Room - 231-    Date Taken: 5/1/2022          Taken By: RGP
         TimePhoto_20220501_135042
         Moisture level % readings

Exhibit 1



142     Level 2/E Unit Living Room - 233-    Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_135055
        General view

Exhibit 1



143     Level 2/Front Porch - 272-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134958
        General view

Exhibit 1



144     Level 2/Front Porch - 273-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134959
        General view

Exhibit 1



145    Level 2/Front Porch - 274-          Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135835
       General view

Exhibit 1



146     Level 2/Front Porch - 275-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135837
        General view

Exhibit 1



147    Level 2/Front Porch - 276-          Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135833
       General view

Exhibit 1



148    Level 2/Front Porch - 277-    Date Taken: 5/1/2022    Taken By: RGP
TimePhoto_20220501_135835
General view

Exhibit 1



149    Level 2/Front Porch - 278-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_135837
       General view

Exhibit 1



May 1, 2022 1:58:42 PM

150     Level 2/Front Porch - 279-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135842
        Access stairway

Exhibit 1



151     Level 2/W Unit Laundry - 174-      Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134226
        General view

Exhibit 1



152     Level 2/W Unit Laundry - 175-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134229
        Moisture level % readings

Exhibit 1



153    Level 2/W Unit Laundry - 176-    Date Taken: 5/1/2022    Taken By: RGP
        TimePhoto_20220501_134235
        General view

Exhibit 1



154 Level 2/W Unit Laundry - 177- Date Taken: 5/1/2022 Taken By: RGP
TimePhoto_20220501_134241
Station particles readings

Exhibit 1



155     Level 2/E Unit Laundry - 234-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_135129
        General view

Exhibit 1



156     Level 2/E Unit Laundry - 235-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135133
        Station particles readings

Exhibit 1



May 1, 2022 1:51:38 PM

157     Level 2/E Unit Laundry - 236-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135138
        General view

Exhibit 1



158     Level 2/W Unit Kitchen - 178-        Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_134142
        General view

Exhibit 1



159     Level 2/W Unit Kitchen - 179-     Date Taken: 5/1/2022     Taken By: RGP
        TimePhoto_20220501_134144
        General view

Exhibit 1



160     Level 2/W Unit Kitchen - 180-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134147
        General view

Exhibit 1



161    Level 2/W Unit Kitchen - 181-          Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134154
       Station particles readings

Exhibit 1



162    Level 2/W Unit Kitchen - 182-        Date Taken: 5/1/2022        Taken By: RGP
TimePhoto_20220501_134156
General view

Exhibit 1



May 1, 2022 1:42:04 PM

163    Level 2/W Unit Kitchen - 183-        Date Taken: 5/1/2022              Taken By: RGP
       TimePhoto_20220501_134204
       General view

Exhibit 1



164    Level 2/W Unit Kitchen - 184-        Date Taken: 5/1/2022              Taken By: RGP
       TimePhoto_20220501_134205
       General view

Exhibit 1



165    Level 2/W Unit Kitchen - 185-        Date Taken: 5/1/2022            Taken By: RGP
       TimePhoto_20220501_134754
       General view

Exhibit 1



166    Level 2/W Unit Kitchen - 186-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_134813
       Station particles readings

Exhibit 1



167    Level 2/W Unit Kitchen - 187-        Date Taken: 5/1/2022            Taken By: RGP
       TimePhoto_20220501_134832
       Station particles readings

Exhibit 1



168    Level 2/E Unit Kitchen - 237-        Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_135059
       Station particles readings

Exhibit 1



169     Level 2/E Unit Kitchen - 238-        Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_135103
        General view

Exhibit 1



170    Level 2/E Unit Kitchen - 239-      Date Taken: 5/1/2022      Taken By: RGP
       TimePhoto_20220501_135104
       General view

Exhibit 1



171    Level 2/E Unit Kitchen - 240-        Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_135108
       General view

Exhibit 1



172     Level 2/E Unit Kitchen - 241-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135110
        General view

Exhibit 1



May 1, 2022 1:51:51 PM

173     Level 2/E Unit Bathroom - 242-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_135151
        General view

Exhibit 1



174     Level 2/E Unit Bathroom - 243-        Date Taken: 5/1/2022            Taken By: RGP
        TimePhoto_20220501_135154
        General view

Exhibit 1



175    Level 2/E Unit Bathroom - 244-        Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135236
       Station particles readings

Exhibit 1



176    Level 2/E Unit Bathroom - 245-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_135251
       Moisture level % readings

Exhibit 1



May 1, 2022 1:43:19 PM

177     Level 2/W Unit Bathroom - 188-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134319
        General view

Exhibit 1



May 1, 2022 1:43:23 PM

178   Level 2/W Unit Bathroom - 189-     Date Taken: 5/1/2022       Taken By: RGP
       TimePhoto_20220501_134323
       General view

Exhibit 1



179     Level 2/W Unit Bathroom - 190-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134327
        General view

Exhibit 1



180    Level 2/W Unit Bathroom - 191-       Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134341
       Station particles readings

Exhibit 1



181    Level 2/W Unit Bathroom - 192-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_134344
       General view

Exhibit 1



182    Level 2/W Unit Bathroom - 193-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_134350
       Moisture level % readings

Exhibit 1



183     Level 2/W Unit Bathroom - 194-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134357
        Moisture level % readings

Exhibit 1



184    Level 2/W Unit Bedroom 2 - 195-    Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_134517
       General view

Exhibit 1



185    Level 2/W Unit Bedroom 2 - 196-    Date Taken: 5/1/2022    Taken By: RGP
TimePhoto_20220501_134519
General view

Exhibit 1



186     Level 2/W Unit Bedroom 2 - 197-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134520
        General view

Exhibit 1



187    Level 2/W Unit Bedroom 2 - 198-        Date Taken: 5/1/2022              Taken By: RGP
       TimePhoto_20220501_134523
       Station particles readings

Exhibit 1



188     Level 2/W Unit Bedroom 2 - 199-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134529
        General view

Exhibit 1



189     Level 2/W Unit Bedroom 2 - 200-        Date Taken: 5/1/2022            Taken By: RGP
        TimePhoto_20220501_134531
        General view

Exhibit 1



190     Level 2/W Unit Bedroom 2 - 201-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134535
        General view

Exhibit 1



191     Level 2/W Unit Bedroom 2 - 202-        Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_134539
        Station particles readings

Exhibit 1



192    Level 2/W Unit Bedroom 2 - 203-    Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134548
       Moisture level % readings

Exhibit 1



193    Level 2/W Unit Bedroom 2 - 204-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_134553
       Moisture  level % readings

Exhibit 1



194     Level 2/E Unit Bedroom 2 - 246-        Date Taken: 5/1/2022           Taken By: RGP
        TimePhoto_20220501_135259
        Station particles readings

Exhibit 1



May 1, 2022 1:53:10 PM

195     Level 2/E Unit Bedroom 2 - 247-        Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_135310
        General view

Exhibit 1



196    Level 2/E Unit Bedroom 2 - 248-       Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135312
       General view

Exhibit 1



197    Level 2/E Unit Bedroom 2 - 249-        Date Taken: 5/1/2022         Taken By: RGP
       TimePhoto_20220501_135319
       General view

Exhibit 1



198     Level 2/E Unit Bedroom 2 - 250-        Date Taken: 5/1/2022            Taken By: RGP
        TimePhoto_20220501_135321
        General view

Exhibit 1



199    Level 2/E Unit Bedroom 2 - 251-        Date Taken: 5/1/2022            Taken By: RGP
       TimePhoto_20220501_135326
       General view

Exhibit 1



200     Level 2/E Unit Bedroom 2 - 252-     Date Taken: 5/1/2022     Taken By: RGP
TimePhoto_20220501_135337
Moisture level % readings

Exhibit 1



201     Level 2/W Unit Bedroom 1 - 205-        Date Taken: 5/1/2022              Taken By: RGP
        TimePhoto_20220501_134558
        General view

Exhibit 1



202     Level 2/W Unit Bedroom 1 - 206-        Date Taken: 5/1/2022                Taken By: RGP
        TimePhoto_20220501_134602
        Station particles readings

Exhibit 1



203     Level 2/W Unit Bedroom 1 - 207-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134608
        General view

Exhibit 1



204    Level 2/W Unit Bedroom 1 - 208-    Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_134610
       General view

Exhibit 1



205     Level 2/W Unit Bedroom 1 - 209-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134612
        General view

Exhibit 1



206    Level 2/W Unit Bedroom 1 - 210-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_134616
       General view

Exhibit 1



May 1, 2022 1:46:18 PM

207     Level 2/W Unit Bedroom 1 - 211-     Date Taken: 5/1/2022        Taken By: RGP
         TimePhoto_20220501_134618
         General view

Exhibit 1



May 1, 2022 1:46:21 PM

208     Level 2/W Unit Bedroom 1 - 212-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134621
        General view

Exhibit 1



209     Level 2/W Unit Bedroom 1 - 213-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134624
        Station particles readings

Exhibit 1



210     Level 2/W Unit Bedroom 1 - 214-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134637
        Moisture level % readings

Exhibit 1



211     Level 2/W Unit Bedroom 1 - 215-        Date Taken: 5/1/2022            Taken By: RGP
        TimePhoto_20220501_134642
        Moisture level % readings

Exhibit 1



May 1, 2022 1:46:45 PM

212     Level 2/W Unit Bedroom 1 - 216-      Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134645
        General view

Exhibit 1



May 1, 2022 1:46:47 PM

213     Level 2/W Unit Bedroom 1 - 217-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134647
        General view

Exhibit 1



214     Level 2/E Unit Bedroom 1 - 254-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135357
        General view

Exhibit 1



May 1, 2022 1:54:00 PM

215  Level 2/E Unit Bedroom 1 - 255-        Date Taken: 5/1/2022              Taken By: RGP
     TimePhoto_20220501_135400
     General view

Exhibit 1



216   Level 2/E Unit Bedroom 1 - 256-      Date Taken: 5/1/2022           Taken By: RGP
      TimePhoto_20220501_135403
      Station particles readings

Exhibit 1



217     Level 2/E Unit Bedroom 1 - 257-        Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135406
        General view

Exhibit 1



218    Level 2/E Unit Bedroom 1 - 258-    Date Taken: 5/1/2022    Taken By: RGP
        TimePhoto_20220501_135412
        General view

Exhibit 1



May 1, 2022 1:54:14 PM

219    Level 2/E Unit Bedroom 1 - 259-    Date Taken: 5/1/2022    Taken By: RGP
        TimePhoto_20220501_135414
        General view

Exhibit 1



220     Level 2/E Unit Bedroom 1 - 260-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135416
        General view

Exhibit 1



221     Level 2/E Unit Bedroom 1 - 261-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_135419
        General view

Exhibit 1



222    Level 2/E Unit Bedroom 1 - 262-        Date Taken: 5/1/2022            Taken By: RGP
       TimePhoto_20220501_135438
       Moisture level % readings

Exhibit 1



223     Level 2/E Unit Bedroom 1 - 263-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_135446
        Moisture level % readings

Exhibit 1



224    Level 2/E Unit Bedroom 1 - 264-      Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135449
       General view

Exhibit 1



225    Level 2/W Unit Hallway - 218-        Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134213
       Moisture level % readings

Exhibit 1



226    Level 2/W Unit Hallway - 219-    Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_134216
       General view

Exhibit 1



227     Level 2/W Unit Hallway - 220-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134219
        General view

Exhibit 1



228     Level 2/W Unit Hallway - 221-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134221
        General view

Exhibit 1



229     Level 2/W Unit Hallway - 222-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134400
        General view

Exhibit 1



230     Level 2/W Unit Hallway - 223-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134403
        General view

Exhibit 1



231     Level 2/W Unit Hallway - 224-        Date Taken: 5/1/2022        Taken By: RGP
        TimePhoto_20220501_134411
        General view

Exhibit 1



232     Level 2/W Unit Hallway - 225-          Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134415
        General view

Exhibit 1



233     Level 2/W Unit Hallway - 226-     Date Taken: 5/1/2022          Taken By: RGP
        TimePhoto_20220501_134501
        Station particles readings

Exhibit 1



234    Level 2/W Unit Hallway - 227-        Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_134507
       Station particles readings

Exhibit 1



235    Level 2/E Unit Hallway - 265-    Date Taken: 5/1/2022    Taken By: RGP
       TimePhoto_20220501_135113
       General view

Exhibit 1



236     Level 2/E Unit Hallway - 266-     Date Taken: 5/1/2022     Taken By: RGP
          TimePhoto_20220501_135115
          General view

Exhibit 1



237    Level 2/E Unit Hallway - 267-        Date Taken: 5/1/2022        Taken By: RGP
       TimePhoto_20220501_135118
       Station particles readings

Exhibit 1



238    Level 2/E Unit Hallway - 268-        Date Taken: 5/1/2022              Taken By: RGP
       TimePhoto_20220501_135122
       Station particles readings

Exhibit 1



239    Level 2/E Unit Hallway - 269-    Date Taken: 5/1/2022         Taken By: RGP
       TimePhoto_20220501_135144
       General view

Exhibit 1



240    Level 2/E Unit Hallway - 270-      Date Taken: 5/1/2022          Taken By: RGP
       TimePhoto_20220501_135146
       General view

Exhibit 1



241     Level 2/E Unit Hallway - 271-     Date Taken: 5/1/2022     Taken By: RGP
        TimePhoto_20220501_135355
        General view

Exhibit 1



242    280-TimePhoto_20220501_113122   Date Taken: 5/1/2022          Taken By: RGP

1725 Nunez Street, New Orleans LA / Front elevation

Exhibit 1



243     281-TimePhoto_20220501_134732   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



244     282-TimePhoto_20220501_115904   Date Taken: 5/1/2022          Taken By: RGP

Left elevation

Exhibit 1



245    283-TimePhoto_20220501_120119   Date Taken: 5/1/2022          Taken By: RGP
       Front elevation

Exhibit 1



246    284-TimePhoto_20220501_134713   Date Taken: 5/1/2022          Taken By: RGP
Rear elevation

Exhibit 1



247      285-TimePhoto_20220501_134716    Date Taken: 5/1/2022        Taken By: RGP

Rear deck area

Exhibit 1



248      286-TimePhoto_20220501_134724   Date Taken: 5/1/2022              Taken By: RGP
General view

Exhibit 1



249     287-TimePhoto_20220501_134727   Date Taken: 5/1/2022          Taken By: RGP

General view

Exhibit 1



250     288-TimePhoto_20220501_134732   Date Taken: 5/1/2022     Taken By: RGP
General view

Exhibit 1



251    289-TimePhoto_20220501_135828   Date Taken: 5/1/2022         Taken By: RGP

General view / Rear access stairway

Exhibit 1



252     290-TimePhoto_20220501_135831   Date Taken: 5/1/2022         Taken By: RGP
Main access stairway

Exhibit 1



253     291-TimePhoto_20220501_135833   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



254     292-TimePhoto_20220501_135835   Date Taken: 5/1/2022        Taken By: RGP
General view

Exhibit 1



255    293-TimePhoto_20220501_135837   Date Taken: 5/1/2022      Taken By: RGP
General view

Exhibit 1



May 1, 2022 1:58:39 PM

256    294-TimePhoto_20220501_135839   Date Taken: 5/1/2022           Taken By: RGP
General view

Exhibit 1



257     295-TimePhoto_20220501_135842   Date Taken: 5/1/2022        Taken By: RGP
General view

Exhibit 1



258     299-TimePhoto_20220501_134727   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



259      301-TimePhoto_20220501_115900   Date Taken: 5/1/2022          Taken By: RGP
         Left elevation

Exhibit 1



260 302-TimePhoto_20220501_115902 Date Taken: 5/1/2022  Taken By: RGP

General view / Side entrance  W Unit Min Level

Exhibit 1



261     303-TimePhoto_20220501_115904   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



262      304-TimePhoto_20220501_115907   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



263    305-TimePhoto_20220501_115920   Date Taken: 5/1/2022          Taken By: RGP
       Rear entrance / UNIT C

Exhibit 1



264    306-TimePhoto_20220501_115922   Date Taken: 5/1/2022           Taken By: RGP
       Rear elevation

Exhibit 1



May 1, 2022 11:59:25 AM

265    307-TimePhoto_20220501_115925  Date Taken: 5/1/2022        Taken By: RGP
General view

Exhibit 1



266    308-TimePhoto_20220501_115927   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



267     309-TimePhoto_20220501_115929   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



268    310-TimePhoto_20220501_115932   Date Taken: 5/1/2022       Taken By: RGP

General view

Exhibit 1



269     311-TimePhoto_20220501_115950   Date Taken: 5/1/2022          Taken By: RGP
General view / Rear stairway

Exhibit 1



270    312-TimePhoto_20220501_115952   Date Taken: 5/1/2022        Taken By: RGP
General view

Exhibit 1



271    313-TimePhoto_20220501_115955   Date Taken: 5/1/2022              Taken By: RGP
Right elevation

Exhibit 1



May 1, 2022 12:08:52 PM

272     315-TimePhoto_20220501_120852   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



May 1, 2022 12:08:57 PM

273    316-TimePhoto_20220501_120857   Date Taken: 5/1/2022      Taken By: RGP
General view

Exhibit 1



274    317-TimePhoto_20220501_120859    Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



May 1, 2022 12:23:21 PM

275    318-TimePhoto_20220501_122321   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



276    319-TimePhoto_20220501_113110    Date Taken: 5/1/2022         Taken By: RGP

Station particles readings / Exterior

Exhibit 1



277     320-TimePhoto_20220501_113120   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



278     321-TimePhoto_20220501_113122   Date Taken: 5/1/2022         Taken By: RGP
General view

Exhibit 1



279     322-TimePhoto_20220501_113123   Date Taken: 5/1/2022          Taken By: RGP
General view

Exhibit 1



280     323-TimePhoto_20220501_113132   Date Taken: 5/1/2022       Taken By: RGP
Right elevation

Exhibit 1



281    324-TimePhoto_20220501_115900  Date Taken: 5/1/2022        Taken By: RGP
General view

Exhibit 1



282    329-TimePhoto_20220501_115922   Date Taken: 5/1/2022      Taken By: RGP

General view

UNIT C Living Room-
STATION PARTICLES READINGS :
867200
845600

UNIT C Bedroom 3-
STATION PARTICLES READINGS :
952400

UNIT C Kitchen-
STATION PARTICLES READINGS :
1286800

UNIT C-
STATION PARTICLES READINGS :
186400

UNIT C Hallway-
STATION PARTICLES READINGS :
105200

FRONT UNIT Bathroom-
STATION PARTICLES READINGS :
615600
MOISTURE LEVEL % READINGS :
22.1 %
12.5 %
12.4 %

FRONT UNIT Bedroom 1-
STATION PARTICLES READINGS :
530000

FRONT UNIT Hallway-
STATION PARTICLES READINGS :
524000
MOISTURE LEVEL % READINGS :
20.6 %
19.8 %

FRONT UNIT Bedroom 2-
STATION PARTICLES READINGS :
329600
MOISTURE LEVEL % READINGS :
31.2 %
21.9 %
16.7 %

FRONT UNIT Bedroom 3-
STATION PARTICLES READINGS :
444800
407600
MOISTURE LEVEL % READINGS :
21.2 %
18.9 %
17.4 %

FRONT UNIT Kitchern-
STATION PARTICLES READINGS :
522000
MOISTURE LEVEL % READINGS :
23.6 %
15.6 %

FRONT UNIT Living Room-
STATION PARTICLES READINGS :
692400
MOISTURE LEVEL % READINGS :
30.1 %
24.1 %
20.1 %
47.6 % - Floor

UNIT C Living Room
UNIT C Bedroom 3
UNIT C Bedroom 2
UNIT C Bed Closet
UNIT C Hallway
UNIT C Bedroom 1
UNIT C Kitchen Closet
UNIT C Closet
UNIT C Bathroom
UNIT C Kitchen
FT Unit Kitchen Closet
FT Unit Bedroom 1
FT Unit Hallway
FT Unit Kitchen
FT Unit Bedroom 2
FT Unit Bed Closet
FT Unit Living Room
FT Unit Bedroom 3

N

Main Level

EAST UNIT Bedroom 1-
STATION PARTICLES READINGS :
144400
MOISTURE LEVEL % READINGS :
17.4 %
11.5 %

WEST UNIT Bedroom 1-
STATION PARTICLES READINGS :
112400
75600
MOISTURE LEVEL % READINGS :
16.1 %
15.1 %

WEST UNIT Hallway-
STATION PARTICLES READINGS :
89600
82800
61600

EAST UNIT Bedroom 2-
STATION PARTICLES READINGS :
134000
MOISTURE LEVEL % READINGS :
16.2 %

EAST UNIT Bathroom-
STATION PARTICLES READINGS :
137600
MOISTURE LEVEL % READINGS :
17.0 %

WEST UNIT Bedroom 2-
STATION PARTICLES READINGS :
111200
84400
MOISTURE LEVEL % READINGS :
21.1 %
19.9 %

EAST UNIT Laundry-
STATION PARTICLES READINGS :
275200

EAST UNIT Kitchen-
STATION PARTICLES READINGS :
356000

Rear Concrete Deck (B1)
W Unit Bedroom 1
W Unit Closet
W Unit Bathroom 2
W Unit Bathroom
W Unit Laundry
W Unit Kitchen
W Unit Living Room
Front Porch

WEST UNIT Bathroom-
STATION PARTICLES READINGS :
126000
MOISTURE LEVEL % READINGS :
17.8 %
14.9 %

WEST UNIT Laundry-
STATION PARTICLES READINGS :
72400
MOISTURE LEVEL % READINGS :
13.5 %

EAST UNIT Living Room-
STATION PARTICLES READINGS :
182800
MOISTURE LEVEL % READINGS :
16 %

WEST UNIT Kitchen-
STATION PARTICLES READINGS :
142800
101200
78800

WEST UNIT Living Room-
STATION PARTICLES READINGS :
97400
MOISTURE LEVEL % READINGS :
13.9 %
13.5 %





Roof1

F2(B)          F1(A)



Exhibit 1

# Sketch Roof Annotations

| Roof Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|---|---|---|---|
| F1 | 904.35 | 9.04 | 4.00 |
| F2 | 904.35 | 9.04 | 4.00 |
| **Estimated Total:** | **1,808.69** | **18.09** | |