Exhibit 2

# Jake Doran

| | |
|---|---|
| **From:** | Jake Doran |
| **Sent:** | Friday, January 5, 2024 2:39 PM |
| **To:** | Justin Winch |
| **Cc:** | Nicholas P. Arnold | Partner |
| **Subject:** | RE: Washington v. Safepoint - Updated Exactimate from GLS and Associates |

Justin,

I tried to give you a call today on this one. Based on this new estimate and report, we will need to schedule a joint inspection with an engineer and adjuster. We currently have January 15th and 16th open for this inspection. Let me know if Mr. Washington can have the property available on either of these dates.

Additionally, due to this new estimate and prospective inspection, we will need to reschedule the in-person deposition of Gary Sanders. Please advise if Mr. Sanders is available February 1st or 2nd, and we will send out new deposition notices.

We still plan to move forward with the deposition of Mr. Washington next Wednesday, as well as your deposition of John Donadio and Jennifer Cotugno next Tuesday. Feel free to contact me if you would like to discuss further.

Best,
Jake

---

**From:** Justin Winch <justin.winch@winchlawfirm.com>
**Sent:** Saturday, December 30, 2023 12:00 AM
**To:** Jake Doran <jdoran@bluewilliams.com>
**Subject:** Washington v. Safepoint - Updated Exactimate from GLS and Associates

Jake,
Please see attached, updated Exactimate, and supplemental information, provided by GLS to Mr. Washington.

Justin

Sincerely,

**Justin L. Winch, Esq.**
504.214.3400 Phone
504.389.4900 Fax
justin.winch@winchlawfirm.com Email

Visit us at www.winchlawfirm.com

**Winch Law Firm, llc** | 324 18th St | New Orleans | Louisiana 70124