Exhibit 3

# Jake Doran

| | |
|---|---|
| **From:** | Jake Doran |
| **Sent:** | Monday, January 8, 2024 12:14 PM |
| **To:** | Justin Winch |
| **Subject:** | RE: Give me a call later this morning please |

Hey Justin,

I just tried to give you a call.  The basis is the recent receipt of the updated estimate, which doubles the alleged amount of loss as well as including additional structural issues.  We will essentially have an engineer and adjuster come out to inspect the property and alleged damages claimed.  Let me know if the property is available January 15 or 16.  Also, please give me a call on my cell whenever you have a second- 985-705-6483.

Best,
Jake

---

**From:** Justin Winch <justin.winch@winchlawfirm.com>
**Sent:** Monday, January 8, 2024 8:26 AM
**To:** Jake Doran <jdoran@bluewilliams.com>
**Subject:** Give me a call later this morning please

Hey Jake, what is Safepoint's basis for, and proposed parameters, for a reinspection?


Justin L. Winch, Esq.
WINCH LAW FIRM, LLC