Exhibit 5



P.O. Box 291579 · Tampa, FL 33687-1579
PH: 813.651.3400 · FX: 813.413.1153 · SafePointIns.com

Date: 11/29/2022

Policy Number: SLAD1231984-03

Insured Name: Glenn Washington

I hereby certify that the attached is a true and correct certified copy of the policy you requested for Glenn Washington SLAD1231984-03.

_Melanie Fowler_
Signed
Melanie Fowler
Personal Lines Support & Resource Supervisor
SafePoint Insurance Company

State of Florida
County of Hillsborough

Witnessed and subscribed before me this 29th day of November 2022.

Notary Public, State of Florida

CARRIE KANE
Notary Public - State of Florida
Commission # HH 209576
My Comm. Expires Dec 21, 2025
Bonded through National Notary Assn.

Peace of Mind
Starts Here

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and substantial civil penalties.

Exhibit 5



www.SafePointIns.com

P.O. Box 292547, Tampa, FL 33687-2547

Thank you for trusting us to insure your property.

**Policy Number: SLAD1231984-03**

Dear Valued Policyholder:

Thank you for joining the Safepoint Family.

Enclosed you will find your policy and Declarations Page (policy overview document).

 Please review this material carefully.

GLENN  WASHINGTON
1721 NUNEZ ST
NEW ORLEANS ,LA 70114

Exhibit 5

Exhibit 5



# DWELLING POLICY

**Safepoint Insurance Company**
**A Stock Company**
P.O. Box 292547
Tampa, FL 33687-2547
Claims: 1-855-252-4615
Customer Service: 1-855-243-9740

**YOUR DWELLING POLICY DOES NOT PROVIDE COVERAGE FOR DAMAGE TO YOUR PROPERTY CAUSED BY FLOOD. YOUR AGENT CAN HELP YOU PROCURE A SEPARATE FLOOD POLICY THROUGH THE NATIONAL FLOOD INSURANCE PROGRAM.**

SIC DWJ LA 01 16

Exhibit 5

---

This Policy Jacket with the Policy Form, Declarations Page, and Endorsements, if any, issued to form a part thereof, completes the policy as numbered on the Declarations Page.

---

**POLICY PROVISION:** All premiums for this insurance shall be computed in accordance with Safepoint Insurance Company's rules, forms, rating plans, premiums and minimum premiums applicable to the insurance afforded herein which are in effect at the inception of the insurance and, each anniversary thereof, including the date of interim changes.

**IN WITNESS WHEREOF**, Safepoint Insurance Company has caused this instrument to be signed by its President.

David Flitman
President, Safepoint Insurance Company

Exhibit 5



**Important Phone Numbers:**
Your Agent: 504-943-0512
Customer Service: 1-855-243-9740
Claims Reporting: 1-855- 252-4615

**Safepoint Insurance Company**
**P.O. Box 292547**
**TAMPA, FL 33687-2547**
**POLICY NUMBER:** **SLAD1231984-03**
Previous Policy Number:

# DWELLING DW3 POLICY DECLARATIONS

**Endorsement**
Policy Effective Date: 09-21-2020
Policy Expiration Date:09-21-2021
12:01 AM Standard Time at Residence Premises

**Insured Name and Mailing Address:**
GLENN  WASHINGTON
1721 NUNEZ ST
NEW ORLEANS ,LA 70114

**YOUR SAFEPOINT AGENT IS:**
Value Insurance Agency LLC  101939
4111 Franklin Ave. Suite A
New Orleans, LA 70122
504-943-0512

**Insured Location Covered by the Policy:**
1725 NUNEZ ST 1725 A-C NUNEZ ST
NEW ORLEANS, LA 70114-5816
PARISH: JEFFERSON

| **TOTAL ANNUAL POLICY PREMIUM** | **$3,041** |
|---|---|

COVERAGE IS PROVIDED WHERE A PREMIUM OR LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE

| **SECTION I – PROPERTY COVERAGE** | **Limit** | **Premium** |
|---|---|---|
| Coverage – A – (Dwelling) | $293,000 | $2,699 |
| Coverage – C – (Personal Property) | $11,700 | $216 |
| Coverage – D – (Fair Rental Value) | $29,300 | INCLUDED |

**SECTION I – DEDUCTIBLES** In case of a loss, we only cover that part of the loss over the deductible stated:
**All Other Perils Deductible - $5,000**
**Hurricane Deductible - $5,860 (2% of Coverage A)**

| **SECTION II – LIABILITY COVERAGE** | **Limit** | **Premium** |
|---|---|---|
| Coverage – L – (Personal Liability) | $0 | NO COVERAGE |
| Coverage – M – (Medical Payments) | $0 | NO COVERAGE |

Exhibit 5



**Important Phone Numbers:**
Your Agent:           504-943-0512
Customer Service:     1-855-243-9740
Claims Reporting:     1-855- 252-4615

**Safepoint Insurance Company**
**P.O. Box 292547**
**TAMPA, FL 33687-2547**
**POLICY NUMBER:** SLAD1231984-03
Previous Policy Number:

## CREDIT AND SURCHARGES

Calendar Year Named Storm Deductible Credit Included
All Other Perils Credit Included

| POLICY FEES | $126 |
|---|---|
| Managing General Agency Fee | $25 |
| Inspection Fee | $25 |
| LA Fair Plan Assessment Fee | $76 |

| OPTIONAL COVERAGES | Limit | Premium |
|---|---|---|
| **Extended Coverage** | | Included |
| **Vandalism and Malicious Mischief** | | Included |
| **DWG-E290 07 04 Limited Fungi Wet or Dry Rot or Bacteria Coverage – Louisiana** | $10,000 | Included |

**Policy Forms and Endorsements:**

| | |
|---|---|
| DWG_E60_01_10 | Hurricane Deductible |
| SIC_0601_10_15 | 5,000 Deductible Clause |
| DWG_3_01_93 | Louisiana Dwelling Property Basic Form DWG-3 |
| DWG_E100_10_18 | Louisiana Amendatory Endorsement |
| DWG_E290_07_04 | Limited Fungi Wet or Dry Rot or Bacteria Coverage – Louisiana |
| SIC_S003_03_17 | LADOI Dwelling Fire Insurance Policy Coverage Disclosure Summary |
| SIC_DP_SUA_12_17 | Small Unmanned Aircraft Systems Limited Property Coverage |

**Rating Information**

| | | | |
|---|---|---|---|
| Construction: | Frame | Hurricane Zone: | Zone A |
| Year Built: | 1997 | Roof Shape: | Gable |
| Occupied by: | Tenant | Opening Protection: | None |
| Usage Type: | Rented | Exclude Wind Coverage: | No |
| Territory: | 361 | Number of Families: | 4 |
| Protection Class: | 02 | | |
| Automatic Sprinklers: | NULL | | |
| BCEG Grade: | 99 | | |

Exhibit 5



**Important Phone Numbers:**
Your Agent: 504-943-0512
Customer Service: 1-855-243-9740
Claims Reporting: 1-855- 252-4615

**Safepoint Insurance Company**
**P.O. Box 292547**
**TAMPA, FL 33687-2547**
**POLICY NUMBER:** SLAD1231984-03
Previous Policy Number:

**First Mortgagee**
WELLS FARGO BANK N.A. #936 ISAOA
0542013867
PO Box 100515
Florence, SC 29502

Exhibit 5



**Important Phone Numbers:**
Your Agent: 504-943-0512
Customer Service: 1-855-243-9740
Claims Reporting: 1-855- 252-4615

**Safepoint Insurance Company**
**P.O. Box 292547**
**TAMPA, FL 33687-2547**
**POLICY NUMBER:** SLAD1231984-03
Previous Policy Number:

Flood coverage is not provided by this policy.

These Declarations together with the common policy conditions, coverage declarations, coverage Form(s), and      form(s) and endorsements, if any, issued, complete the above numbered policy.

Property Coverage Limit may increase at renewal due to inflation factor determined by MSB index of construction cost to maintain insurance to the approximate replacement cost of your home.

*Jordan Zamicnely*

Authorized Countersignature

Exhibit 5

**LOUISIANA DWG-E60**
**Ed. 01 10**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# HURRICANE DEDUCTIBLE

### SCHEDULE

| Described Location: | Hurricane Deductible Percentage Amount: |
|---|---|
| | |

Entry may be left blank if shown elsewhere in this policy for this coverage.

### A. Definitions

The following definition is added for the deductible provided by this endorsement:

"Hurricane" means a storm system that has been declared a hurricane by the National Hurricane Center of the National Weather Service.

### B. Applicable Deductible

The applicable hurricane deductible:

1. The dollar amount determined by multiplying the percentage shown as the Hurricane Deductible in the Schedule by:

   **a.** The Coverage A limit of liability for building and contents coverage or building coverage only; or

   **b.** The Coverage C limit of liability for contents coverage only.

2. Shall apply during the period:

   **a.** Beginning at the time a hurricane watch or hurricane warning is issued for any part of the state of Louisiana by the National Hurricane Center of the National Weather Service;

   **b.** Continuing for the time period in which the hurricane conditions exist anywhere in the state; and

   **c.** Ending 24 hours following the termination of the last hurricane watch or hurricane warning for any part of the state of Louisiana by the National Hurricane Center of the National Weather Service.

### C. Standard Hurricane Deductible

1. With respect to the peril of windstorm or hail, we will pay only that part of the total of all loss payable that exceeds the applicable hurricane deductible described in Paragraph **B.** of this endorsement.

2. Except as provided in Paragraph **D.** of this endorsement, no other deductible applies to loss caused by the peril of windstorm or hail during the period described in Paragraph **B.2.** of this endorsement.

3. Refer to the policy Declarations for the deductible that applies to loss caused by the peril of windstorm or hail other than during the period described in Paragraph **B.2.** of this endorsement.

### D. Calendar Year Hurricane Deductible

The following provisions apply only if the dwelling on the Described Location, shown in the Declarations, is a one- or two-family owner-occupied dwelling:

1. Subject to Paragraph **D.2.** of this endorsement, the applicable hurricane deductible described in Paragraph **B.** of this endorsement is a calendar year deductible and applies to all covered windstorm or hail losses:

   **a.** To a covered property; and

   **b.** Resulting from one or more "hurricanes" during the same calendar year.

2. With respect to a covered windstorm or hail loss:

   **a.** Resulting from the first "hurricane" during a calendar year, we will pay only that part of the total of all loss payable that exceeds the applicable hurricane deductible described in Paragraph **B.** of this endorsement.

   **b.** Resulting from the second, and each subsequent, "hurricane" during the same calendar year, we will pay only that part of the total of all loss payable that exceeds the greater of:

      **(1)** The remaining dollar amount of the applicable hurricane deductible described in Paragraph **B.** of this endorsement for that calendar year; or

      **(2)** The deductible that applies to all perils other than windstorm or hail.

Copyright, Property Insurance Association of Louisiana, 2010
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Exhibit 5

**LOUISIANA DWG-E60**
**Ed. 01 10**

**c.** You must maintain receipts or other records of all covered windstorm or hail losses, resulting from any "hurricane", that are less than the applicable hurricane deductible, and provide us with such receipts or other records as often as we reasonable require, so that we may consider the amount of such losses when adjusting claims resulting from any subsequent "hurricane" during the same calendar year.

**d.** Paragraph **C**. of this endorsement does not apply.

**e.** No other deductible applies to loss caused by the peril of windstorm or hail during the period described in Paragraph **B.2.** of this endorsement.

**f.** Refer to the policy Declarations for the deductible that applies to loss caused by the peril of windstorm or hail other than during the period described in Paragraph **B.2.** of this endorsement.

All other provisions of this policy apply.

This endorsement forms part of the policy.

Exhibit 5

# $5,000 SPECIAL LOSS
# DEDUCTIBLE CLAUSE

In consideration of a premium credit, the DEDUCTIBLE conditions in the form made a part of this policy are deleted and replaced by the following:

**Deductible.** Any loss other than "Named Storm" covered by this policy is subject to a deductible of $5,000 in any one occurrence, except:

**a.** If more than one dwelling is covered, the deductible shall apply separately to the amount of loss to each dwelling, including property appertaining thereto;

**b.** If you have any other insurance on your dwelling or personal property, the deductible will be apportioned pro rata based on the amount of loss to each compared to the total loss; and

**c.** Deductible is not applicable to additional living expenses or rental value.

This endorsement must be attached to Change Endorsement when issued after the policy is written.

Exhibit 5

# AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

# DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance.

# COVERAGES

This insurance applies to the Described Location, Coverages for which a Limit of Liability is shown and Perils Insured Against for which a Premium is stated.

## COVERAGE A – Dwelling

We cover:

1. the dwelling on the Described Location shown in the Declarations, used principally for dwelling purposes, including structures attached to the dwelling;

2. materials and supplies located on or next to the Described Location used to construct, alter or repair the dwelling or other structures on the Described Location; and

3. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

This coverage does not apply to land, including land on which the dwelling is located.

## COVERAGE B – Other Structures

We cover other structures on the Described Location, set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. used in whole or in part for commercial, manufacturing or farming purposes; or

2. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

## COVERAGE C – Personal Property

We cover personal property, usual to the occupancy as a dwelling and owned or used by you or members of your family residing with you while it is on the Described Location. At your request, we will cover personal property owned by a guest or servant while the property is on the Described Location.

**Property Not Covered.** We do not cover:

1. accounts, bank notes, bills, bullion, coins, currency, deeds, evidences of debt, gold other than goldware, letters of credit, manuscripts, medals, money, notes other than bank notes, passports, personal records, platinum, securities, silver other than silverware, tickets and stamps;

2. animals, birds or fish;

3. aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

4. motor vehicles or all other motorized land conveyances. This includes:

   a. their equipment and accessories; or

   b. any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles or all other motorized land conveyances, including:

      (1) accessories or antennas; or

      (2) tapes, wires, records, discs or other media for use with any such device or instrument;

      while in or upon the vehicle or conveyance.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

**a.** used to service the Described Location; or

**b.** designed for assisting the handicapped;

**5.** watercraft, other than rowboats and canoes;

**6.** data, including data stored in:

**a.** books of account, drawings or other paper records; or

**b.** electronic data processing tapes, wires, records, discs or other software media.

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market;

**7.** credit cards or fund transfer cards.

If you remove personal property from the Described Location to a newly acquired principal residence, the Coverage C limit of liability will apply at each residence for the 30 days immediately after you begin to move the property there. This time period will not extend beyond the termination of this policy. Our liability is limited to the proportion of the limit of liability that the value at each residence bears to the total value of all personal property covered by this policy.

## COVERAGE D – Fair Rental Value

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes that part of the Described Location rented to others or held for rental by you unfit for its normal use, we cover its:

**Fair Rental Value,** meaning the fair rental value of that part of the Described Location rented to others or held for rental by you less any expenses that do not continue while that part of the Described Location rented or held for rental is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the Described Location rented or held for rental.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Fair Rental Value loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## COVERAGE E – Additional Living Expense

If a loss to property described in Coverage A, B or C by a Peril Insured Against under this policy makes the Described Location unfit for its normal use, we cover your:

**Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the Described Location or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

If a civil authority prohibits you from use of the Described Location as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, we cover the Additional Living Expense loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## OTHER COVERAGES

**1.** **Other Structures.** You may use up to 10% of the Coverage A limit of liability for loss by a Peril Insured Against to other structures described in Coverage B.

Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

**2.** **Debris Removal.** We will pay your reasonable expense for the removal of:

**a.** debris of covered property if a Peril Insured Against causes the loss; or

**b.** ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

Debris removal expense is included in the limit of liability applying to the damaged property.

**3.** **Improvements, Alterations and Additions.** If you are a tenant of the Described Location, you may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to improvements, alterations and additions, made or acquired at your expense, to that part of the Described Location used only by you.

Use of this coverage does not reduce the Coverage C limit of liability for the same loss.

**4.** **World-Wide Coverage.** You may use up to 10% of the Coverage C limit of liability for loss by a Peril Insured Against to property covered under Coverage C except rowboats and canoes, while anywhere in the world.

Use of this coverage reduces the Coverage C limit of liability for the same loss.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5

**5. Rental Value and Additional Living Expense.** You may use up to 10% of the Coverage A limit of liability for loss of both fair rental value as described in Coverage D and additional living expense as described in Coverage E.

Use of this coverage does not reduce the Coverage A limit of liability for the same loss.

**6. Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

**a.** does not increase the limit of liability that applies to the covered property;

**b.** does not relieve you of your duties, in case of a loss to covered property, as set forth in Condition **4.b.**

**7. Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

This coverage does not change the limit of liability that applies to the property being removed.

**8. Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the Described Location for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by you or a resident of the Described Location or Vandalism or malicious mischief, including damage during a burglary or attempted burglary, but not theft of property.

The limit of liability for this coverage will not be more than 5% of the Coverage A limit of liability, or more than $500 for any one tree, shrub or plant. We do not cover property grown for commercial purposes.

This coverage is additional insurance.

**9. Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

**10. Collapse.** We insure for risk of direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

**a.** Perils Insured Against in Coverage C – Personal Property. These perils apply to covered building and personal property for loss insured by this Other Coverage;

**b.** hidden decay;

**c.** hidden insect or vermin damage;

**d.** weight of contents, equipment, animals or people;

**e.** weight of rain which collects on a roof;

**f.** use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b.**, **c.**, **d.**, **e.** and f unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

**11. Glass or Safety Glazing Material.** We cover:

**a.** the breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

**b.** damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

Exhibit 5

# PERILS INSURED AGAINST

## COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property; however, we do not insure loss:

1. involving collapse, other than as provided in Other Coverages **10.**;

2. caused by:

   **a.** freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:

   **(2)** maintain heat in the building; or

   **(3)** shut off the water supply and drain the system and appliances of water;

   **b.** freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

   **(2)** fence, pavement, patio or swimming pool;

   **(3)** foundation, retaining wall or bulkhead; or

   **(4)** pier, wharf or dock;

   **c.** theft of property not part of a covered building or structure;

   **d.** theft in or to a dwelling or structure under construction;

   **e.** wind, hail, ice, snow or sleet to:

   **(2)** outdoor radio and television antennas and aerials including their lead-in wiring, masts or towers; or

   **(3)** trees, shrubs, plants or lawns;

   **f.** vandalism and malicious mischief, theft or attempted theft if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

   **g.** constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance;

   **h.** **(1)** wear and tear, marring, deterioration;

   **(2)** inherent vice, latent defect, mechanical breakdown;

   **(3)** smog, rust or other corrosion, mold, wet or dry rot;

   **(4)** smoke from agricultural smudging or industrial operations;

   **(5)** discharge, dispersal, seepage, migration release or escape of pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

   **(6)** settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings; or

   **(7)** birds, vermin, rodents, insects or domestic animals.

   If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. excluded under General Exclusions.

Under items **1.** and **2.**, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C – PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in the General Exclusions.

1. **Fire or lightning.**

2. **Windstorm or hail.**

   This peril does not include loss to:

   **a.** property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening;

   **b.** canoes and rowboats; or

   **c.** trees, shrubs or plants.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

**DWG-3 ED 01 93**

Exhibit 5

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

   This peril does not include loss by pilferage, theft, burglary or larceny.

9. **Damage by Burglars,** meaning damage to covered property caused by Burglars.

   This peril does not include:

   **a.** theft of property; or

   **b.** damage caused by burglars to property on the Described Location if the dwelling has been vacant for more than 30 consecutive days immediately before the damage occurs. A dwelling being constructed is not considered vacant.

10. **Falling Objects.**

    This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object.

    Damage to the falling object itself is not covered.

11. **Weight of ice, snow or sleet** which causes damage to property contained in the building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    This peril does not include loss:

    **a.** to the system or appliance from which the water or steam escaped;

    **b.** caused by or resulting from freezing except as provided in the peril of freezing below; or

    **c.** on the Described Location caused by accidental discharge or overflow which occurs off the Described Location.

    In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    This peril does not include loss caused by or resulting from freezing except as provided in the peril of freezing below.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

    This peril does not include loss on the Described Location while the dwelling is unoccupied or being constructed, unless you have used reasonable care to:

    **a.** maintain heat in the building; or

    **b.** shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

    This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic Eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## GENERAL EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   **a. Ordinance or Law,** meaning enforcement of any ordinance or law regulating the use, construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

   **b. Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

   **(1)** fire;

   **(2)** explosion; or

   **(3)** breakage of glass or safety glazing material which is part of a building, storm door or storm window;

   ensues and then we will pay only for the ensuing loss.

   **c. Water Damage,** meaning:

   **(1)** flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   **(2)** water which backs up through sewers or drains or which overflows from a sump; or

   **(3)** water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5

Direct loss by fire or explosion resulting from water damage is covered.

**d. Power Failure,** meaning the failure of power or other utility service if the failure takes place off the Described Location. But, if a Peril Insured Against ensues on the Described Location, we will pay only for that ensuing loss.

**e. Neglect,** meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

**f. War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**g. Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of the Conditions.

**h. Intentional Loss,** meaning any loss arising out of any act committed:

**(1)** by or at the direction of you or any person or organization named as an additional insured; and

**(2)** with the intent to cause a loss.

**2.** We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**a. Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss;

**b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

**c. Faulty, inadequate or defective;**

**(1)** planning, zoning, development, surveying, siting;

**(2)** design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** materials used in repair, construction, renovation or remodeling; or

**(4)** maintenance;

of part or all of any property whether on or off the Described Location.

---

# CONDITIONS

**1. Policy Period.** This policy applies only to loss which occurs during the policy period.

**2. Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

**a.** for an amount greater than the interest of a person insured under this policy; or

**b.** for more than the applicable limit of liability.

**3. Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, you have:

**a.** intentionally concealed or misrepresented any material fact or circumstance;

**b.** engaged in fraudulent conduct; or

**c.** made false statements;

relating to this insurance.

**4. Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

**a.** give prompt notice to us or our agent;

**b. (1)** protect the property from further damage;

**(1)** make reasonable and necessary repairs to protect the property; and

**(2)** keep an accurate record of repair expenses;

**c.** prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

**d.** as often as we reasonably require:

**(1)** show the damaged property;

**(2)** provide us with records and documents we request and permit us to make copies; and

**(3)** submit to examination under oath, while not in the presence of any other named insured, and sign the same;

**e.** send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

**(1)** the time and cause of loss;

**(2)** your interest and that of all others in the property involved and all liens on the property;

**(3)** other insurance which may cover the loss;

**(4)** changes in title or occupancy of the property during the term of the policy;

**(5)** specifications of damaged buildings and detailed repair estimates;

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5

**(6)** the inventory of damaged personal property described in **4.c.**;

**(7)** receipts for additional living expenses incurred and records that support the fair rental value loss.

**5. Loss Settlement.** Covered property losses are settled as follows:

**a. (1)** Personal property;

**(1)** Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

**(2)** Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

**b.** Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

**(1)** If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(a)** the limit of liability under this policy that applies to the building;

**(b)** the replacement cost of that part of the building damaged for like construction and use on the same premises; or

**(c)** the necessary amount actually spent to repair or replace the damaged building.

**(2)** If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

**(a)** the actual cash value of that part of the building damaged; or

**(b)** that proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

**(3)** To determine the amount of insurance required to equal 80% of the full

replacement cost of the building immediately before the loss, do not include the value of:

**(a)** excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

**(b)** those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

**(c)** underground flues, pipes, wiring and drains.

**(4)** We will pay no more than the actual cash value of the damage unless:

**(a)** actual repair or replacement is complete; or

**(b)** the cost to repair or replace the damage is both:

**(i)** less than 5% of the amount of insurance in this policy on the building; and

**(ii)** less than $2500.

**(5)** You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

**6. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

**a.** repair or replace any part to restore the pair or set to its value before the loss; or

**b.** pay the difference between actual cash value of the property before and after the loss.

**7. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**8. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the Described Location is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Exhibit 5

Each party will:

**a.** pay its own appraiser; and

**b.** bear the other expenses of the appraisal and umpire equally.

9. **Other Insurance.** If property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this policy that the limit of liability applying under this policy bears to the total amount of fire insurance covering the property.

10. **Subrogation.** You may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, the person insured must sign and deliver all related papers and cooperate with us.

11. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

12. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

13. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

   **a.** reach an agreement with you;

   **b.** there is an entry of a final judgment; or

   **c.** there is a filing of an appraisal award with us.

14. **Abandonment of Property.** We need not accept any property abandoned by you.

15. **Mortgage Clause.**

   The word "mortgagee" includes trustee.

   If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

   If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

   **a.** notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware:

   **b.** pays any premium due under this policy on demand of you have neglected to pay the premium; and

   **c.** submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions

relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

**a.** we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

**b.** at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

17. **Cancellation.**

   **a.** You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

   **b.** We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

   Proof of mailing will be sufficient proof of notice.

   **(1)** When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

   **(2)** When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

   **(3)** When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

   **(a)** if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   **(b)** if the risk has changed substantially since the policy was issued.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5

This can be done by letting you know at least 30 days before the date cancellation takes effect.

**(4)** When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

**c.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

**d.** If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**18. Non-Renewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**19. Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**20. Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**21. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**22. Death.** If you die, we insure:

**a.** your legal representatives but only with respect to the property of the deceased covered under the policy at the time of death;

**b.** with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**23. Nuclear Hazard Clause.**

**a.** "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

**b.** Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

**c.** This policy does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**24. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**25. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1988.

Exhibit 5
THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ ITCAREFULLY.

## LOUISIANA AMENDATORY ENDORSEMENT

**COVERAGES**

**OTHER COVERAGES**

Item **11.** Glass or Safety Glazing Material in Forms **DWG-2** and **DWG-3** are deleted and replaced by the following:

**11. Glass or Safety Glazing Material**

    **a.** We cover:

        **(1)** The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

        **(2)** The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

        **(3)** The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

    **b.** This coverage does not include loss:

        **(1)** To covered property which results because the glass or safety glazing material has been broken, except as provided in **a.(3)** above; or

        **(2)** On the Described Location of the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in **a.(2)** above. A dwelling being constructed is not consideredvacant.

Loss to glass covered under this Other Coverage **11.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

The coverage does not increase the limit of liability that applies to the damaged property.

The following item is added to Forms **DWG-2** and **DWG-3**:

**12. Ordinance or Law]**

When you are a tenant of a Described Location covered under this policy, the words "covered building" used below, refer to property at such a Described Location covered under Other Coverage **3.** Improvements, Alterations and Additions.

    **a.** The Ordinance or Law limit of liability determined in b. or c. below will apply with respect to the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

        **(1)** The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

        **(2)** The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

        **(3)** The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

    **b.** If you are an owner of a Described Location, and that location:

        **(1)** Is insured for Coverage A or Unit-Owner Building Items, you may use up to 10% of the limit of liability that applies to Coverage A or Unit-Owner Building Items at each Described Location; or

        **(2)** Is not insured for Coverage A or Unit-Owner Building Items, you may use up to 10% of the total limit of liability that applies to Coverage B at each Described Location.

    **c.** If you are a tenant of a Described Location, you may use up to 10% of the limit of liability that applies to Improvements, Alterations and Additions at each Described Location.

    **d.** You may use all or part of this ordinance or law coverage to pay for the increased cost you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in **a.**above.

    **e.** We do not cover:

        **(1)** The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1994.

Exhibit 5

DWG-E100
LOUISIANA
Ed. 10 18

**(2)** The costs to comply with any ordinance or law: which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

## GENERAL EXCLUSIONS

Item **A.1.** is deleted and replaced by the following:

1. **Ordinance or Law**, meaning any ordinance or law:

   **a.** Requiring or regulating the construction, demolition, remodeling, renovation or repair or property, including removal or any resulting debris. This exclusion **1.a.** does not apply to the amount of coverage that may be provided for under Other Coverages, Glass or Safety Glazing Material or Ordinance or Law;

   **b.** The requirements of which result in a loss in value to property; or

   **c.** Requiring you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

   This exclusion applies whether or not the property has been physically damaged.

**Note:** This is Exclusion **1.** in Broad Form **DWG-2** and **1.a.** in Special Form **DWG-3**.

Item **A.2.** is deleted and replaced by the following:

2. **Earth Movement**, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

   **a.** Fire; or

   **b.** Explosion:

Ensues and then we will pay only for the ensuing loss.

**Note:** This is Exclusion **42.** in Broad Form **DWG-2** and **1.b.** in Special Form **DWG-3**.

Item **A.4.** is deleted and replaced by the following:

4. **Power Failure**, meaning the failure of power or other utility service if the failure takes place off the Described Location. But if the failure of power of other utility service results in a loss, from a Peril Insured Against on the Described Location, we will pay for the loss or damage caused by that Peril Insured Against.

**Note:** This is Exclusion **4.** in Broad Form **DWG-2** and **1.d.** in Special Form **DWG-3**.

## CONDITIONS

Item **3.** is deleted and replaced by the following:

3. **Concealment or Fraud**

   With respect to a loss, we do not provide coverage to the "insured" who, whether before or after a loss, has:

   **a.** Intentionally concealed or misrepresented any material fact or circumstance;

   **b.** Engaged in fraudulent conduct; or

   **c.** Made false statements;

   relating to this insurance.

   **d.** However, if the conduct specified under a., b. or c. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

Item **15. Mortgage Clause**

The following sentence is deleted:

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or non renewal takes effect.

The following sentences are added to replace the above:

If we decide to cancel or not to renew this policy, the mortgagee will be notified:

(a) At least 10 days before the date cancellation takes effect of we cancel for nonpayment of premium; or

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1994.

Exhibit 5

(b) At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

Item **17. Cancellation**.

Paragraphs **b.**, **c.** and **d.** are deleted and replaced by the following:

**b.** The following applies with respect to premium payments due on new and renewal policies, including installment payments:

**(1)** If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to paragraphs **(2)** and **(3)** below.

**(2)** We will cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

**(3)** The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

**c.** The following applies if **b.** above does not apply/

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

**(1)** When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

**(2)** When this policy has been if effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you and any other known person shown by the policy to have an interest in any loss which

may occur thereunder know at least 30 days before the date of cancellation takes effect.

**(3)** When this policy has been if effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item c.(5) below, we may cancel:

**(a)** If there has been a material misrepresentation of fact with the intent to deceive;

**(i)** In the procurement of the contract; or

**(ii)** At any other time since the policy was issued:
which if known to us would have caused us not to issue the policy; or

**(b)** If the risk has changed substantially since the policy was issued.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder at least 30 days before the date cancellation takes effect.

**(4)** When this policy is written for a period of:

**(a)** More than one year; or

**(b)** Three years or less:

We may cancel for any reason at anniversary by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

**(5)** When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following reasons:

**(a)** If you have committed fraud with the intent to deceive:

**(i)** In the procurement of the contract; or

**(ii)** At any other time since the policy was issued;

**(b)** If the insured risk has undergone a material change;

**(c)** If you have filed two or more claims within three years; or

**(d)** If the continuation of this policy endangers our solvency.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1994.

Exhibit 5

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder known at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**d.** If this policy is canceled, we will return any premium refund due, subject to paragraph **(1)**, **(2)** and **(3)** below. The cancellation will be effective even if we have not made or offered a refund.

**(1)** If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis, subject to the minimum premium requirements. We will send the refund to you and any mortgagee that has provided us with written notice of the percentage of the premium being funded with the mortgagee's own funds. The percentage of the unearned premium attributable to the mortgagee shall be returned to the mortgagee and the percentage of the unearned premium attributable to you shall be returned to you.

**(2)** If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you.

**(3)** If we cancel based on paragraph **b.** above, we will return the premium due, if any, within 10 days after the expiration of the 10 day period referred to in **b.(3)**. If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

Item **18.** is deleted and replaced by the following:

### 18. Non-Renewal

**a.** We may elect not to renew this policy, subject to the provisions of paragraph **b.** and **c.** below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder

or mailing to you at your mailing address shown in the Declaration and to any other person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1994.

Exhibit 5

**b.** If this policy has been if effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   **(1)** When you have not paid the premium;

   **(2)** If you have committed fraud;

   **(3)** If the insured risk has undergone a substantial change;

   **(4)** If you have filed two or more claims within three years; or

   **(5)** If the continuation of this policy endangers our solvency.

**c.** We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been if effect with us, base solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

21. **Assignment**

   Assignment is replaced by the following:

   Post-loss assignment of rights, benefits or claims arising under this policy are prohibited.

Includes copyrighted material of Insurance Services Office with its permission.
Copyright, Insurance Services Office, 1994.

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY**

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE – LOUISIANA

## FOR USE WITH ALL FORMS

### SCHEDULE*

| These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of claims made or the number of locations insured under this endorsement and listed in this Schedule. | | |
|---|---|---|
| | **Property Coverage Limit of Liability for the Additional Coverage "Fungi", Wet or Dry Rot, or "Bacteria"** | $ |
| | | |

*Entries may be left blank if shown elsewhere in this policy for coverage.

With respect to the coverage provided under this endorsement "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents, or byproducts produced or released by fungi.

With respect to the coverage provided under this endorsement, "Bacteria" means any type, kind or form of bacterium.

## COVERAGES

### OTHER COVERAGES

The following Other Coverage is added:

### 13. "Fungi", Wet Or Dry Rot, Or "Bacteria"

**a.** The amount shown in the Schedule above is the most we will pay for:

   **(1)** Loss payable under Coverages caused by "fungi", wet or dry rot, or "bacteria";

   **(2)** The cost to remove "fungi", wet or dry rot, or "bacteria" from property covered under Coverages.

   **(3)** The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or "bacteria"; and

   **(4)** The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or "bacteria" whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or "bacteria".

**b.** The coverage described in **13.a.** only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the Peril Insured Against occurred.

**c.** The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Other Coverage regardless of the:

   **(1)** Number of locations insured under this endorsement, or

   **(2)** Number of claims made.

This coverage does not increase the limit of liability applying to the damaged covered property.

(This is Other Coverage **9.** in Form **DWG-1.**)

## PERILS INSURED AGAINST

### COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES

Paragraph **2.h.(3)** in Form **DWG-3** is replaced by the following:

   **(3)** Smog, rust or other corrosion;

## GENERAL EXCLUSIONS

The following Exclusion **9.** is added:

### 9. "Fungi", Wet Or Dry Rot, Or "Bacteria"

"Fungi", wet or dry rot, or "bacteria" meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot or "bacteria".

This Exclusion does not apply:

**a.** When "fungi", wet or dry rot, or "bacteria" results from fire or lightning; or

**b.** To the extent coverage is provided for in the "Fungi", Wet Or Dry Rot, Or "Bacteria" under Other Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning; or

**c.** With respect to "fungi", wet or dry rot, or "bacteria" that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Peril Insured Against.

However, the exclusion shall continue to apply to:

**(1)** The cost to treat, contain, remove or dispose of "Fungi, "Wet or Dry Rot, or "Bacteria" beyond that which is required to repair or replace the covered property physically damaged by a Peril Insured Against.

**(2)** The cost of any testing of air or property to confirm the absence, presence or level of "Fungi", Wet or Dry Rot or "Bacteria" whether performed prior to, during or after removal, repair, restoration or replacement; and

**(3)** Any increase in loss under Other Coverage **2.** Debris Removal resulting from **c.(1)** and **(2)**.

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or "bacteria" is covered.

(This is General Exclusion **A.9.** in form **DWG-1** and is **1.i.** in Form **DWG-3**.)

## CONDITIONS

**1. Policy Period** is deleted and replaced by the following:

**1. Policy Period**

This policy applies to loss or costs which occur during the policy period.

All other provisions of the policy apply.

Exhibit 5

# IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA DEPARTMENT OF INSURANCE

## Dwelling Fire Insurance Policy Coverage Disclosure Summary

This form is promulgated pursuant to LSA-R.S. 22:1319.

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT AMEND, EXTEND, OR ALTER THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS AND OBLIGATIONS.**

**\*\*READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND CONDITIONS\*\***

## COVERAGE(S) FOR WHICH PREMIUM WAS PAID:

**Coverage A – Dwelling**
**Coverage B – Other Structures**
**Coverage C – Personal Property**
**Coverage D – Fair Rental Value**
**Coverage E – Additional Living**

## DEDUCTIBLES

**This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.**

- **You may be able to reduce your premium by increasing your deductible. Contact your producer (agent) or insurer for details.**

**NOTICE: This policy does set forth a separate deductible for covered losses caused by Hurricane as defined in the policy.**

### Separate Deductible

**Examples - Hurricane, Wind or Named Storm Damage.**

**If applicable, the following illustrates how a separate deductible applying to hurricane, wind or named storm damage is applied under your policy:**

**The insurer shall comply with LSA-R.S. 22:1319 B(3) by selecting either option A or B below:**

Exhibit 5

**Dwelling Fire
SIC S003 03 17**

A. Developing its own standardized example to reflect how a hurricane, wind, or named storm damage loss will be adjusted under the policy. The standardized example shall set forth a separate loss for each coverage included in the policy for which a premium has been paid. The total of all losses combined shall exceed by at least ten percent (10%) the applicable deductible(s) so that the example demonstrates a net payment to the insured.

B. Utilizing the standardized example prepared by the LDOI if this standardized example properly reflects how a separate deductible is applied to a hurricane, wind, or named storm damage loss under the policy:

The following assumes no co-insurance penalty and a 2% hurricane, wind, or named storm deductible. The amounts of loss to the damaged property are $50,000 (building) and $20,000 (business personal property).

| | |
|---|---|
| Limits of insurance on building | $ 100,000 |
| Total amount of building loss | $ 50,000 |
| Less 2% deductible ($100,000 X .02) | $ 2,000 |
| Net payment to insured for building loss | $ 48,000 |
| Limits of insurance on the business personal property | $ 50,000 |
| Total amount of business personal property loss | $ 20,000 |
| Less 2% deductible ($50,000 X .02) - | $ 1,000 |
| Net payment to insured for business personal property loss | $ 19,000 |
| Total net payment to insured for building and business personal property loss ($48,000 + $19,000) | $ 67,000 |

**TO SEE EXACTLY HOW YOUR SEPARATE HURRICANE WIND OR NAMED STORM DEDUCTIBLE WILL APPLY, PLEASE REFER TO YOUR POLICY.**

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD** - Flood damage is not covered, regardless of how caused, when flood is the peril that causes the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

**Flood Insurance** may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling or building and/or contents subject to the coverage limits and terms of the policy.

**Excess Flood Insurance** may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

• You may contact your producer (agent) or insurer for more information on the NFIP and excess flood insurance.

**MOLD** - Damage caused solely by mold is not covered under this policy.

**\*\*FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS\*\***

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SMALL UNMANNED AIRCRAFT SYSTEMS LIMITED PROPERTY COVERAGE

Limited coverage under Coverage C will apply to "personal property" and "property damage" to small unmanned aircraft systems or drones owned or operated by any insured subject to the exclusions and conditions listed in your policy. Your **DWG-3 – Special Form** policy is changed as follows:

Under **DEFINITIONS**
The following is added:
In this policy, small unmanned aircraft system or drone means an aircraft that is not: **1.** designed; **2**. manufactured; or **3.** modified after manufacture to be controlled directly by a person from within or on the aircraft. If required by the Federal Aviation Administration, the small unmanned aircraft system or drone must be properly registered and be operated by a person with a remote pilot in command certification.

Under **COVERAGES**
**Coverage C – Personal Property; Property Not Covered. We do not cover: 3. is deleted and replaced by the following:**
**3.** Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the air craft including small unmanned aircraft systems and drones as defined above.

We do cover model or hobby aircraft not used or designed to carry people or cargo;

 All other provisions of the policy apply.