Exhibit 6

# Jake Doran

| | |
|---|---|
| **From:** | Jake Doran |
| **Sent:** | Friday, June 30, 2023 4:40 PM |
| **To:** | Justin Winch |
| **Subject:** | RE: Washington v Safepoint - Depo Dates and Meet and confer re disclosures |
| **Attachments:** | Discovery Verification.pdf; Washington Interrogatories to Plaintiff.pdf; Washington Request for Production to Plaintiff.pdf; HIPAA.pdf |

Justin,

Please see the attached Interrogatories, Request for Production, and corresponding forms. Feel free to contact me if you would like to discuss further.

Best,
Jake

**From:** Jake Doran
**Sent:** Thursday, June 15, 2023 4:57 PM
**To:** Justin Winch <justin.winch@winchlawfirm.com>
**Subject:** RE: Washington v Safepoint - Depo Dates and Meet and confer re disclosures

Justin,

I have attached the proposed Joint Status Report. Please let me know if you approve of the content and give me permission to e-sign for you or provide your inserts/comments by 2 PM tomorrow, or I will have to file the attached unilaterally to comply with the Court's deadline.

Best,
Jake

**From:** Jake Doran
**Sent:** Wednesday, June 14, 2023 4:11 PM
**To:** Justin Winch <justin.winch@winchlawfirm.com>
**Subject:** RE: Washington v Safepoint - Depo Dates and Meet and confer re disclosures

Hi Justin,

Please see the attached Rule 26 Disclosures and corresponding documents.

Best,
Jake

**From:** Justin Winch <justin.winch@winchlawfirm.com>
**Sent:** Thursday, April 20, 2023 4:16 PM
**To:** Jake Doran <jdoran@bluewilliams.com>
**Subject:** Re: Washington v Safepoint - Depo Dates and Meet and confer re disclosures

Confirmed thank you sir. Relax and enjoy — ideally, you will only do this once in your life. Lol.

Exhibit 6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-04054** |
| **VERSUS** | * | |
| | * | |
| | * | **CHIEF JUDGE** |
| **SAFEPOINT INSURANCE COMPANY** | * | **NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | | **DONNA PHILLIPS** |
| | | **CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## INTERROGATORIES

**TO:** Glenn Washington
Through his attorney of record
Justin Winch
WINCH LAW FIRM, LLC
1000 Veterans Memorial Boulevard, Suite 216
Metairie, LA 70005

NOW COMES Safepoint Insurance Company ("Safepoint"), who propounds the following Interrogatories to Glenn Washington to be responded to, in writing, within thirty (30) days after receipt hereof pursuant to Rule 33 of the Federal Rules of Civil Procedure, which requests shall be deemed continuing:

**INTERROGATORY NO. 1:**

Please identify each person or entity known, interviewed or reasonably felt by Plaintiff, his attorney, or other representative to be an eyewitness or non-eyewitness, to any facts pertaining to the alleged damage to address 1725 Nunez Street A-C, New Orleans, Louisiana 70114 on or about August 29, 2021, or who has knowledge of some of the facts or circumstances upon which the averments in Plaintiff's Petition for Damages are based.

**INTERROGATORY NO. 2:**

Identify every person, including but not limited to an adjuster, inspector or contractor who has inspected, repaired, upgraded, altered or performed work to property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114 from 2005 to the present, and for each, please set forth:

(a) A detailed description of any estimate provided; and

Exhibit 6

(b) A detailed description of the work done/repairs made, including dates and costs of repairs.

**INTERROGATORY NO. 3:**

Please itemize by dollar amount and type, all damages which you are claiming in this lawsuit arising out of the August 29, 2021 incident.

**INTERROGATORY NO. 4:**

Please describe in detail each article or item that you claim was damaged, lost or destroyed in the loss in question.

**INTERROGATORY NO. 5:**

Please state whether any of the items allegedly damaged in the alleged loss made the subject of this litigation were repaired following the loss in question and, if so, for each item, please state:

(a) The name and address of the person or entity who made the repairs; and

(b) The cost of the repairs.

**INTERROGATORY NO. 6:**

With respect to any claim for recovery of damages to the property at 1725 Nunez Street A-C, New Orleans, Louisiana 70114 please answer with specificity the following:

(a) The total dollar amount Plaintiff allege it will cost to repair and/or replace the damage(s) described in the answer to Subpart (a) of this interrogatory; and

**INTERROGATORY NO. 7:**

Please state when, in what manner, and to whom you first reported the insurance claim which you have asserted against the defendant in this matter.

**INTERROGATORY NO. 8:**

If applicable, please state when and to whom that any alleged proof of loss was submitted.

**INTERROGATORY NO. 9:**

Please specify in detail each and every fact that supports Plaintiff's bad faith allegations against Safepoint in their Petition.

**INTERROGATORY NO. 10:**

Please provide the following information regarding the property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114:

(a) The date Plaintiff purchased the property;

Exhibit 6

(b) The purchase price paid by Plaintiff for the property; and

(c) The date the property was built.

**INTERROGATORY NO. 11:**

Please identify all mortgage holders or other lienholders on the property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114. For each mortgage or lien, please provide the balance of each mortgage.

**INTERROGATORY NO. 12:**

Please describe the contract in detail, including date and terms of contract, for any pending contracts associated with the property, including but not limited to lease-purchase agreements, leases, sales, etc., in the past ten years.

**INTERROGATORY NO. 13:**

Has/have Plaintiff(s) received any payments (including, but not limited to, loans) or applied for any relief, benefits and/or grants of any kind or description from any person, insurance company, federal or state governmental agency, or charitable organization (*i.e.* FEMA, Red Cross, Louisiana Recovery Authority, SBA) as a result of *any* damages sustained by Plaintiff(s) in relation to the property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114?

**INTERROGATORY NO. 14:**

Identify any insurance policies that were maintained on the property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114, including flood policies and state whether Plaintiff(s) has/have made a claim under any such policies. If such a claim has been made, please identify the claim number, policy number, adjuster, and state whether Plaintiff(s) received any payment under such policies.

**INTERROGATORY NO. 15:**

Please state whether you, your attorneys, representatives or anyone acting on your behalf have obtained statements in any form regarding any of the events or happenings giving rise to your claim and please describe those statements in detail.

**INTERROGATORY NO. 16:**

Please identify each expert you have consulted for this matter and describe in detail the reason for their consultation.

Exhibit 6

These interrogatories are deemed to be continuing and should Plaintiff or their attorneys become aware of additional information which changes or modifies any answers herein, Defendant specifically requests that Plaintiff's responses to interrogatories be supplemented or amended.

Respectfully Submitted:

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD – #31602**
narnold@bluewilliams.com
**JOHN A. DORAN – #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 831-1182
**Attorneys for Defendant, Safepoint Insurance Company**

# **C E R T I F I C A T E**

This is to certify that a copy of the above and foregoing has been served upon counsel of record by facsimile, e-mail, and/or depositing same in the United States Mail, postage pre-paid, this 30th day of June 2023, at Metairie, Louisiana.

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD**
**JOHN A. DORAN**

Exhibit 6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-04054** |
| **VERSUS** | * | |
| | * | |
| | * | **CHIEF JUDGE** |
| **SAFEPOINT INSURANCE COMPANY** | * | **NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | | **DONNA PHILLIPS** |
| | | **CURRAULT** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**TO:**     **Glenn Washington**
            **Through his attorney of record**
            **Justin Winch**
            **WINCH LAW FIRM, LLC**
            **1000 Veterans Memorial Boulevard, Suite 216**
            **Metairie, LA 70005**

NOW COMES Safepoint Insurance Company ("Safepoint"), who propounds the following Requests for Production of Documents to Safepoint to be responded to, in writing, within thirty (30) days after receipt hereof pursuant to Rule 34 of the Federal Rules of Civil Procedure, which requests shall be deemed continuing:

## REQUEST FOR PRODUCTION NO. 1:

Please provide copies, a description by category, and the location of all documents, data compilations, and tangible things that are in the possession, custody or control of Plaintiff, or his attorney, that Plaintiff(s) may use to support each claim as set forth in his Petition for Damages.

## REQUEST FOR PRODUCTION NO. 2:

Please produce photographs, videos, satellite or other images of the property located at address 1725 Nunez Street A-C, New Orleans, Louisiana 70114 interior and exterior, which were taken from 2005 to the present, and identify the date that each was taken.

## REQUEST FOR PRODUCTION NO. 3:

Produce a copy of all records relating to any repairs and/or appraisals performed as a result of the August 29, 2021 incident serving the basis of Plaintiff's claim.

Exhibit 6

**REQUEST FOR PRODUCTION NO. 4:**

Produce a copy of all bills received in connection with any repair work performed at the property located at address 1725 Nunez Street A-C, New Orleans, Louisiana 70114, incidents serving the basis of Plaintiff's claims.

**REQUEST FOR PRODUCTION NO. 5:**

Produce a copy of any and all records relative to the August 29, 2021 incident and the damages Plaintiff claims were caused by the incident.

**REQUEST FOR PRODUCTION NO. 6:**

Produce a copy of all expert reports rendered in connection with Plaintiff's claims.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce any and all documents Plaintiff(s) – either by Plaintiff(s) directly or through his/its/their agent(s) – presented to Safepoint or any agent of Safepoint in support of Plaintiff's claims.

**REQUEST FOR PRODUCTION NO. 8:**

Produce a copy of all evidence, including but not limited to any records, documents, correspondence, emails, and/or letters which Plaintiff claim supports their claim of bad faith on the part of Safepoint.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce a computation of each category or element of damages described in Plaintiff's Petition for Damages.

**REQUEST FOR PRODUCTION NO. 10:**

Produce a copy of all records relative to any repairs performed from 2005 to present at/for/to address 1725 Nunez Street A-C, New Orleans, Louisiana 70114.

**REQUEST FOR PRODUCTION NO. 11:**

Produce all polices of insurance covering the property located at 1725 Nunez Street A-C, New Orleans, Louisiana 70114 including but not limited to any homeowner's, fire or business interruption insurance policies, that were in effect on August 29, 2021.

Exhibit 6

**REQUEST FOR PRODUCTION NO. 12:**

Produce a copy of all records relative to any claims made for any property damage in connection with Hurricanes Katrina, Rita, Gustav, Ike, Isaac, and Zeta.

**REQUEST FOR PRODUCTION NO. 13:**

Produce a copy of any and all records relative to any prior claims other than those referenced in Request for Production No. 12 for damage to address 1725 Nunez Street A-C, New Orleans, Louisiana 70114.

**REQUEST FOR PRODUCTION NO. 14:**

Produce a copy of any and all records showing any insurance payments made to Plaintiff(s) from 2005 to present for any damage to address 1725 Nunez Street A-C, New Orleans, Louisiana 70114.

**REQUEST FOR PRODUCTION NO. 15:**

Produce all invoices and/or bills for the performance of any services in relation to the property at address 1725 Nunez Street A-C, New Orleans, Louisiana 70114 from 2005 to the present.

**REQUEST FOR PRODUCTION NO. 16:**

Produce a copy of any and all real estate appraisals ever performed on address 1725 Nunez Street A-C, New Orleans, Louisiana 70114.

**REQUEST FOR PRODUCTION NO. 17:**

Produce a copy of all exhibits Plaintiff(s) may offer into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 18:**

Produce a current curriculum vitae of each expert whom Plaintiff(s) expects to call as an expert witness at trial.

**REQUEST FOR PRODUCTION NO. 19:**

Produce all documents prepared or reviewed by each person whom Plaintiff(s) expects to call as an expert witness at trial.

Exhibit 6

**REQUEST FOR PRODUCTION NO. 20:**

Produce all photographs and/or videos taken by Plaintiff(s) or by any expert retained by Plaintiff(s) or acting on Plaintiff's behalf which pertain to the claims made in Plaintiff's Petition for Damages.

**REQUEST FOR PRODUCTION NO. 21:**

Produce all written, recorded, or signed statements of any person concerning the subject matter of this action.

**REQUEST FOR PRODUCTION NO. 22:**

Produce a copy of any and all leases and/or lease agreements associated with the property made subject of Plaintiff's lawsuit within the last ten years.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce copies of Plaintiff's State and Federal tax returns for the last five (5) years.

**REQUEST FOR PRODUCTION NO. 24:**

Please produce any and all documents of any kind identified in your answers to the accompanying Interrogatories, which have not been produced in response to any of the above Requests for Production.

**REQUEST FOR PRODUCTION NO. 25:**

If you answered in the affirmative in your Answer to Interrogatory No. 9, please return signed and dated forms attached hereto, namely the HIPAA Specific Authorization.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce any and all correspondence, including letter, e-mail, or text message, between Plaintiff(s) and any tenant, including a tenant representative, regarding allegedly lost rental income described in Plaintiff's Petition for Damages.

**REQUEST FOR PRODUCTION NO. 27:**

Please produce any and all proof of rental payments paid by tenant(s) for the subject property from 2005 to the present.

Exhibit 6

These Requests for Production are deemed to be continuing and should Plaintiff or counsel become aware of additional information which changes or modifies any answers herein, Defendant specifically requests that your answers be supplemented and/or amended.

Respectfully Submitted:

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD – #31602**
narnold@bluewilliams.com
**JOHN A. DORAN – #39161**
jdoran@bluewilliams.com
**BLUE WILLIAMS, LLC**
3421 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 831-1182
**Attorneys for Defendant, Safepoint Insurance Company**

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by facsimile, e-mail, and/or depositing same in the United States Mail, postage pre-paid, this 30th day of June 2023, at Metairie, Louisiana.

*/s/ John A. Doran*

**NICHOLAS P. ARNOLD**
**JOHN A. DORAN**

Exhibit 6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-04054** |
| **VERSUS** | * | |
| | * | |
| | * | **CHIEF JUDGE** |
| **SAFEPOINT INSURANCE COMPANY** | * | **NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | | **DONNA PHILLIPS** |
| | | **CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## **VERIFICATION**

STATE OF LOUISIANA

PARISH OF _____

      BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified in and for the State and Parish aforesaid, personally came and appeared:

**GLENN WASHINGTON**

who after being duly sworn, did depose and say that he has read the foregoing Answers to Interrogatories and Responses to Requests for Production of Documents in the above-captioned matter; and that the answers contained therein are true and complete to the best of his knowledge, information, and belief.

 

_____
**GLENN WASHINGTON**

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
_____ DAY OF _____, 2023

_____
NOTARY PUBLIC