Exhibit 8

# Jake Doran

| | |
|---|---|
| **From:** | Jake Doran |
| **Sent:** | Wednesday, November 29, 2023 10:06 AM |
| **To:** | 'Justin Winch' |
| **Cc:** | Alexis Chapital |
| **Subject:** | RE: Washington Discovery Responses |
| **Attachments:** | Washington Motion to Dismiss.docx |

Justin,

Beyond the actual objections, it appears that the responses are incomplete as no documents were produced with the responses. As indicated below, I also need the notarized signature page. Additionally, in your previous emails, you referenced some outstanding discovery from Safepoint. Can you let me know what exactly is outstanding as I did not receive any formal discovery requests? I am happy to discuss all of these issues anytime on Friday after 9:30 AM.

Also, I am attaching the proposed Motion to Dismiss for Mr. Washington's duplicate state court action. Let me know if you approve of the content, and I will e-sign for you and get filed.

Best,
Jake

**From:** Justin Winch <justin.winch@winchlawfirm.com>
**Sent:** Monday, November 20, 2023 9:29 AM
**To:** Jake Doran <jdoran@bluewilliams.com>
**Cc:** Alexis Chapital <alexis@winchlawfirm.com>
**Subject:** Washington Discovery Responses
**Importance:** High

Jake,
Please see attached, and thank you very much for the courtesies in allowing time to get these to you. Also, Mr. Washington reviewed and signed these over the weekend, and there was not a notary immediately available. I will get you a notarized signature page today. Please accept his esigned verification for now, let me know if this is an issue.

In appreciation of your courtesies, and because there are some questions regarding intent and interpretation of the Defendant's interrogatories and other requests (see objections) I am making available my time this week, to host a meet and confer to keep everything moving forward and timely. Please let me know, and we can also go over during the meet and confer, the Plaintiff's deposition notice, if there were objections to it, and any other outstanding discovery items, and take care of all such matters at the same time.

Thank you again,
Justin

Sincerely,

**Justin L. Winch, Esq.**

Exhibit 8

504.214.3400 Phone
504.389.4900 Fax
[justin.winch@winchlawfirm.com](mailto:justin.winch@winchlawfirm.com) Email

Visit us at [www.winchlawfirm.com](http://www.winchlawfirm.com)

**Winch Law Firm, llc**  | 324 18th St | New Orleans | Louisiana 70124