## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.:** |
| | * | **2:22-04054** |
| **VERSUS** | * | |
| | * | |
| | * | **CHIEF JUDGE** |
| **SAFEPOINT INSURANCE COMPANY** | * | **NANNETTE JOLIVETTE** |
| | * | **BROWN** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | | **DONNA PHILLIPS** |
| | | **CURRAULT** |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Safepoint Insurance Company ("Safepoint"), who respectfully requests an Order from this Honorable Court to Continue the Trial Date and Pre-Trial Deadlines due to Plaintiff's continual delay and failure to complete discovery. The reasons in support of this Motion are more fully described in the Memorandum in Support filed herewith.

**WHEREFORE,** Defendant, Safepoint Insurance Company ("Safepoint"), prays that this Court grant its Motion to Continue Trial and Pre-Trial Deadlines and issue an Order granting the relief requested.

[Signature block on the following page.]

Respectfully submitted,

BLUE WILLIAMS, L.L.C.

*/s/ John A. Doran*

_____
**NICHOLAS P. ARNOLD – BAR #31602, T.A.**
narnold@bluewilliams.com
**JOHN A. DORAN- BAR #39161**
jdoran@bluewilliams.com
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 837-1182
**Attorneys for Defendant,**
**Safepoint Insurance Company**

## C E R T I F I C A T E

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this day of January, 2024.

*/s/ John A. Doran*
_____
**NICHOLAS P. ARNOLD**
**JOHN A. DORAN**