UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN WASHINGTON** | * | **CIVIL ACTION NO.: 2:22-04054** |
| | * | |
| **VERSUS** | * | **CHIEF JUDGE NANNETTE JOLIVETTE BROWN** |
| | * | |
| **SAFEPOINT INSURANCE COMPANY** | * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

* * * * * * * * * * * * * * * * * * * * * * *

## WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Glenn Washington, in compliance with this Court's Scheduling Order (R. Doc. 12), hereby submits the following list of witnesses who may or will be called and exhibits that may or will be used at trial of this matter.

### WITNESS LIST

Plaintiff designates the following individuals to its Will Call Witness List:

1. Gary Sanders
   GLS & Associates
   Fact and expert witness, Mr. Sanders testimony will involve his inspection of the property following the event causing the alleged loss, as well as the condition of all aspects of the property following the alleged loss, causation of the damage to the property, the unreasonableness and lack of thoroughness of the Defendants' adjuster's inspection and other issues with the Defendant's claims adjustment process

2. Glenn Washington, Plaintiff and fact witness, Mr. Washington will testify regarding the damages he and his property sustained, including costs he incurred and any and all testimony necessary to support allegations set forth in his petition, and the claims adjustment process.

3. Jennifer Contugno, on cross-examination; Ms. Contugno will be questioned regarding the adequacy of processes and procedures at Safepoint, reinsurance issues experienced by the company and which impact Safepoint's ability to pay claims, and Plaintiffs reserve their right to supplement this, as Ms. Contugno's deposition had to be continued, and Plaintiff is still discovering facts regarding Safepoint and its business processes and handling of Plaintiff's claim.

4. John Donadio, on cross examination, regarding his work on this claim.

5. All persons designated by Defendant as will call/may call witness.

6. Any witness listed by any other party.
7. Any witness necessary to authenticate a document.
8. Any witnesses necessary for rebuttal or impeachment purposes.
9. Any additional witnesses revealed through further discovery.
10. David Minton, P.E., The Cypress Engineering and Development Group, LLC, fact and expert witness; Mr. Minton's testimony will involve his inspection of the property, the condition of the

property, and causation of the damage to the property; this is being asserted in the event the Defendant's succeed in being granted an inspection, though Plaintiff's specifically object to the same.

EXHIBITS

1. Safepoint Policy no. SLAD1231984-03.

2. Safepoint underwriting documents.

3. Report and estimate of initial inspection from field adjuster John Donadio.

4. Ladder Now report and photographs.

5. Photographs taken by John Donadio at initial inspection.

6. Letters and correspondence from Safepoint to Plaintiff.

7. Building blueprints and permits applied for by Plaintiff.

8. Receipts, invoices, and checks for repairs.

10. Transcript of deposition of Mr. Donadio and Ms. Contugno

11. Any estimates or reports from any prospective inspections of the property.

12. Any document produced by any party in discovery.

13. Any document necessary for rebuttal or impeachment purposes.

14. Any exhibit listed by any other party.

15. All of GLS and Associates' estimates of damages.

Plaintiff reserves the right to amend and supplement the Witness and Exhibit List as

discovery progresses.

RESPECTFULLY SUBMITTED:

/s/ Justin L. Winch, Esq.

_____
Justin L. Winch, Esq.
*Attorney, Member*
WINCH LAW FIRM, LLC
324 18th St
New Orleans, LA 70124
Cell: (504) 214-3400
justin.winch@winchlawfirm.com

## CERTIFICATE OF SERVICE

    This witness list was submitted on behalf of Plaintiff, on 1/26/2024 via email, read receipt requested, to counsel for Defendant Safepoint Insurance Company.

_____
Justin L. Winch, Esq.

3